MICHAEL S. LAWSON (SBN 048172)
City Attorney
MICHAEL G. VIGILIA (SBN 228353)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660
Michael.lawson@hayward-ca.gov
Michael.vigilia@hayward-ca.gov

Attorneys for Defendant
CITY OF HAYWARD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES GREER,<br><br>     Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, BAY AREA RAPID TRANSIT DISTRICT and DOES 1-50,<br><br>     Defendants. | Case No. 3:15-cv-02307 SC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>*Assigned for all purposes to Hon. Samuel Conti, Courtroom 1, San Francisco*<br><br>**COMPLAINT FILED:** 3/23/15<br>**SERVED:** 4/22/15<br>**REMOVED:** 5/22/15 |

   Plaintiff JOSEPH JAMES GREER and Defendant CITY OF HAYWARD hereby submit this Stipulation and [Proposed] Order to Continue the Case Management Conference presently set in this Court for August 28, 2015 at 10 a.m. to October 30, 2015 at 10:00 a.m.

   Plaintiff GREER and Defendant CITY request the Court to continue the presently scheduled case management conference because Defendant BAY AREA RAPID TRANSIT DISTRICT ("BART") has not entered an appearance in the case and the parties do not anticipate BART entering an appearance by

1  the date of the currently scheduled CMC.  Consequently, the parties have not had the opportunity to
2  meaningfully meet and confer pursuant to FRCP 26 and it would be premature to hold the conference
3  without BART's participation.

5  Dated: August 14, 2015

7  By: /s/ *Stanley Goff (as authorized on 8/14/15)*
   Stanley Goff, Esq.
8  Attorney for Plaintiff
   JOSEPH JAMES GREER

10 Dated: August 14, 2015                MICHAEL S. LAWSON, City Attorney

12 By: /s/ *Michael G. Vigilia*
   Michael G. Vigilia, Assistant City Attorney
13 Attorneys for Defendant
   CITY OF HAYWARD

STIPULATION AND PROPOSED ORDER CONTINUING CMC

### [~~PROPOSED~~] ORDER

(1) The Case Management Conference presently set for August 28, 2015 at 10:00 a.m. in this case is continued to October 30, 2015 at 10:00 a.m.;

(2) The parties shall file an Initial Joint Case Management Statement and Rule 26 report no later than October 23, 2015.

IT IS SO ORDERED.

DATED: August  19 , 2015



_____
HO
UNITED
Judge Samuel Conti