```
 1  STANLEY C. GOFF (SBN 289564)
    LAW OFFICES OF STANLEY GOFF
 2  15 Boardman Place Suite 2
    San Francisco, CA 94103
 3  Telephone: (415) 571-9471
    Email: goffs@mail2world.com
 4
    MATTHEW D. HALEY (SBN 104493)
 5  THE HALEY LAW OFFICES
    1633 San Pablo Avenue
 6  Oakland, CA 94612
    Telephone: (510) 444-1881
 7  Facsimile: (510) 444-5108
    Email: matt@haleylaw.com
 8
    FULVIO F. CAJINA (SBN 289126)
 9  LAW OFFICE OF FULVIO F. CAJINA
    311 Oak Street, Suite 108
10  Oakland, CA 94607
    Telephone: (415) 601-0779
11  Facsimile: (510) 444-5108
    Email: fulvio@cajinalaw.com
12
13  Attorneys for Plaintiff,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES GREER, | Case No.: 3:15-cv-02307-SC |
| Plaintiff, | |
| v. | NOTICE OF ASSOCIATION OF COUNSEL |
| CITY OF HAYWARD, BAY AREA RAPID TRANSIT, and DOES 1-50, | |
| Defendants. | |

TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD:

Please take notice that Stanley Goff of the Law Office of Stanley Goff, attorney of record for plaintiff Joseph James Greer, hereby associates with Matthew D. Haley of the Haley Law Offices and Fulvio F. Cajina of the Law Office of Fulvio F. Cajina as co-counsel in the above-

1
NOTICE OF ASSOCIATION OF COUNSEL

captioned case.

The contact information for Mr. Haley is as follows:

> Matthew D. Haley (SBN 104493)
> The Haley Law Offices
> 1633 San Pablo Ave.
> Oakland, CA 94612
> Telephone: (510) 444-1881
> Facsimile: (510) 444-5108
> Email: matt@haleylaw.com

The contact information for Mr. Cajina is as follows:

> Fulvio F. Cajina (SBN 289126)
> Law Office of Fulvio F. Cajina
> 311 Oak Street, Suite 108
> Oakland, CA 94607
> Telephone: (415) 601-0779
> Facsimile: (510) 444-5108
> Email: fulvio@cajinalaw.com

Please have all documents electronically served on Messrs. Haley and Cajina in this action.

Respectfully submitted,

LAW OFFICE OF STANLEY GOFF

Dated: October 27, 2015     */s/ Stanley Goff*
                            Stanley Goff

Messrs. Haley and Cajina hereby accept the above association.

Dated: October 27, 2015     THE HALEY LAW OFFICES

                            */s/ Matthew D. Haley*
                            Matthew D. Haley

                            LAW OFFICE OF FULVIO F. CAJINA

                            */s/ Fulvio F. Cajina*
                            Fulvio F. Cajina

2
NOTICE OF ASSOCIATION OF COUNSEL