MATTHEW D. HALEY (Bar No. 104493)
THE HALEY LAW OFFICES
1633 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 444-1881

Attorneys for Plaintiff JOSEPH JAMES GREER

OWEN T. ROONEY, ESQ. (Bar No. 127830)
GILBERT KELLEY CROWLEY & JENNETT LLP
44 Montgomery Street, Suite 2080
San Francisco, CA 94104
Tel: (415) 627-9000

Attorneys for Defendant
BAY AREA RAPID TRANSIT, et al.

JEFFREY M. VUCINICH, ESQ (#67906)
CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY
1111 Bayhill Drive, Suite 300
San Bruno, CA 94066
Tel: (650) 989-5400

Attorneys for Defendant
CITY OF HAYWARD, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH JAMES GREER | CASE NO. 3:15-cv-02307-WHO |
|---|---|
| Plaintiff, | TRIAL: January 9, 2017 |
| v. | |
| CITY OF HAYWARD; BAY AREA RAPID TRANSIT DISTRICT; et al.; | **STIPULATION REQUESTING A CONTINUANCE OF DISCOVERY DEADLINES, DISPOSITIVE MOTION DATE, TRIAL DATE, AND MEDIATION DEADLINE; ORDER** |
| Defendants. | |

1
**STIPULATION REQUESTING A CONTINUANCE OF DISCOVERY DEADLINES, DISPOSITIVE MOTION DATE, AND TRIAL DATE; [PROPOSED] ORDER**

e

Plaintiff JOSEPH JAMES GREER, and Defendants CITY OF HAYWARD, et al., and BAY AREA RAPID TRANSIT DISTRICT, et al., hereby stipulate as follows:

The parties respectfully request that the Court continue the discovery deadlines, dispositive motion hearing date, trial date, and other corresponding dates currently set as follows:

| | |
|---|---|
| Fact Discovery Deadline | July 29, 2016 |
| Expert Disclosure | July 29, 2016 |
| Expert Rebuttal | August 19, 2016 |
| Expert Discovery Deadline | September 2, 2016 |
| Dispositive Motions heard by | October 5, 2016 |
| Pretrial Conference | December 12, 2016 at 2:30 p.m. |
| Trial Date | January 9, 2017 at 8:30 a.m. by Jury |

To the following dates, or any other dates convenient for the Court:

| | |
|---|---|
| Fact Discovery Deadline | September 30, 2016 |
| Expert Disclosure | September 30, 2016 |
| Expert Rebuttal | October 19, 2016 |
| Expert Discovery Deadline | November 4, 2016 |
| Dispositive Motions heard by | December 7, 2016 |
| Pretrial Conference | February 20, 2017 at 2:30 p.m. |
| Trial Date | March 21, 2017 at 8:30 a.m. by Jury |

Good cause exists for such request, namely that the parties request an additional month to conduct fact and expert discovery due to the unavailability of certain witnesses – including

2

**STIPULATION REQUESTING A CONTINUANCE OF DISCOVERY DEADLINES, DISPOSITIVE MOTION DATE, AND TRIAL DATE; [PROPOSED] ORDER**

e

officers involved in the stop leading to the claims before the Court – and the unavailability of counsel, Clapp, Moroney, Vucinich, Beeman and Scheley, who are conducting two trials during the month of July. Such a brief continuance would necessitate the continuance of the dispositive motions hearing deadline, which, in turn, requires a continuance of the pretrial conference and trial date.

The parties have not previously requested a continuance of the discovery deadlines, dispositive motion hearing date, or trial date.

Additionally, the parties request that the mediation deadline for completion of ADR in this matter be extended to December 15, 2016. The parties will coordinate with Roxane Ashe of the Ninth Circuit Mediation Program to schedule and complete mediation prior to that date.

The parties respectfully request that the Court approve this stipulation and incorporate its terms in an Order.

                                    THE HALEY LAW OFFICES

DATED: July 13, 2016                */s/ Matthew D. Haley*
                                    MATTHEW D. HALEY
                                    Attorney for Plaintiffs

                                    GILBERT KELLEY CROWLEY & JENNETT LLP

DATED: July 13, 2016                */s/ Owen T. Rooney*
                                    OWEN T. ROONEY
                                    Attorney for Defendants BART, et al.

                                    CLAPP, MORONEY, VUCINICH, BEEMAN and SCHELEY

DATED: July 13, 2016                */s/ Kaylen Kadotani*
                                    KAYLEN KADOTANI
                                    JEFFREY M. VUCINICH
                                    Attorney for Defendants CITY OF HAYWARD, et al.

**STIPULATION REQUESTING A CONTINUANCE OF DISCOVERY DEADLINES, DISPOSITIVE MOTION DATE, AND TRIAL DATE; [PROPOSED] ORDER**

e

## **ORDER**

PURSUANT TO STIPULATION, as modified below, IT IS ORDERED that the discovery deadlines, dispositive motion hearing date, trial date, and corresponding deadlines are hereby continued as follows:

| | |
|---|---|
| Fact Discovery Deadline | September 30, 2016 |
| Expert Disclosure | September 30, 2016 |
| Expert Rebuttal | October 19, 2016 |
| Expert Discovery Deadline | November 4, 2016 |
| Dispositive Motions heard by | December 7, 2016 |
| Pretrial Conference | **March 13, 2017** at 2:30 p.m. |
| Trial Date | **April 10, 2017** at 8:30 a.m. by Jury |

IT IS FURTHER ORDERED that the deadline for completion of ADR in this matter is extended to December 15, 2016.

IT SO ORDERED.

Dated: July 16, 2016

_____
WILLIAM H. ORRICK
United States District Judge

4
**STIPULATION REQUESTING A CONTINUANCE OF DISCOVERY DEADLINES, DISPOSITIVE MOTION DATE, AND TRIAL DATE; [PROPOSED] ORDER**

e