1  MATTHEW D. HALEY (Bar No. 104493)
   THE HALEY LAW OFFICES
2  1633 San Pablo Avenue
   Oakland, CA 94612
3  Telephone: (510) 444-1881
   Facsimile: (510) 444-5108
4  Email: matt@haleylaw.com

5  FULVIO F. CAJINA (Bar No. 289126)
   LAW OFFICE OF FULVIO F. CAJINA
6  311 Oak Street, Suite 108
   Oakland, CA 94607
7  Telephone: (415) 601-0779
   Facsimile: (510) 225-2636
8  Email: fulvio@cajinalaw.com

9  STANLEY GOFF (Bar No. 289564)
   15 Boardman Place Suite 2
10 San Francisco, CA 94103
   Telephone: (415) 571-9570
11 Email: scraiggoff@aol.com

12
   Attorneys for Plaintiff
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 | JOSEPH JAMES GREER                    | CASE NO. 3:15-cv-02307-WHO |
17 |    Plaintiff,                         | JOINT STIPULATION RE: SCHEDULING OF MOTIONS FOR SUMMARY JUDGEMENT |
18 | v.                                    |                            |
19 | CITY OF HAYWARD, BAY AREA RAPID TRANSIT DISTRICT et al., | |
20 |                                       |                            |
21 |    Defendants.                        |                            |

22
23     WHEREAS, the above-referenced case is set for trial on April 10, 2016;

       WHEREAS, the parties have a mediation set for October 26, 2016;
24
       WHEREAS, the parties have essentially completed fact discovery;
25
       WHEREAS, the parties agree that the mediation presents a helpful opportunity to resolve
26
the case but do not want to waive their right to bring Motions for Summary Judgment if the
27
matter does not resolve at mediation;
28

STIPULATION RE: SCHEDULING OF MOTIONS FOR SUMMARY JUDGMENT;   1
PRPOSED ORDER

e

WHEREAS the current court order requires Motions for Summary Judgment to be filed no later than November 2, 2016;

The parties request that the court amend the current order to allow for the mediation to proceed as scheduled and, should they be desired, Motions for Summary Judgment may be filed up until February 14, 2017.

THEREFORE, the parties, by and through their respective attorneys of record, hereby jointly stipulate and request that the Court make the following orders:

1. The parties are to maintain the current mediation set for October 26, 2016;
2. The time to file Motions for Summary Judgment is extended until February 14, 2017.

**IT IS SO STIPULATED**

Dated:  October 10, 2016

        THE HALEY LAW OFFICES

By: _____/s/_____
      MATTHEW D. HALEY
      Attorneys for Plaintiff DAVID DUTCHER

Dated:  October 10, 2016    GILBERT, KELLY, CROWLEY & JENNETT LLP

By:_____/s/_____
      OWEN ROONEY
      Attorneys for Defendant BAY AREA RAPID
      TRANSIT and JON TOUGAS

Dated:  October 10, 2016   CLAPP, MARONEY, VUCINICH, BEEMAN & SCHELEY

By: _ _____/s/_____
      JEFFREY M. VUCINICH__
      Attorneys for Defendant CITY OF HAYWARD
      and  individual officers_____

STIPULATION RE: SCHEDULING OF MOTIONS FOR SUMMARY JUDGMENT;   2
PRPOSED ORDER

e

## ORDER

**PURSUANT TO THE FOREGOING STIPULATION, THE COURT ORDERS AS FOLLOWS:**

1. The parties are to maintain the current mediation set for October 26, 2016;
2. The time to file Motions for Summary Judgment is extended until **November 30, 2016**, with a hearing on the motions set for **January 4, 2017**.

The parties' proposed schedule would leave insufficient time between the Order on the motions for summary judgment and the pretrial conference. This revised schedule gives the parties more than a month from the mediation to file any motions if the case does not settle, and does not require briefing during the holidays.

**IT IS SO ORDERED**

Dated: October 11, 2016        By: _____
                               THE HONORABLE WILLIAM H. ORRICK
                               United States Senior District Judge

STIPULATION RE: SCHEDULING OF MOTIONS FOR SUMMARY JUDGMENT;   3
PRPOSED ORDER

e