**GILBERT, KELLY, CROWLEY & JENNETT LLP**
OWEN T. ROONEY / Bar No. 127830
orooney@gilbertkelly.com
44 Montgomery Street, Suite 2080
San Francisco, California 94104-6702
(415) 627-9000; FAX: (213) 615-7100

**Mailing Address:**
550 South Hope Street, 22nd Floor
Los Angeles, California 90071-2627

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES GREER,<br><br>   Plaintiff,<br>v.<br><br>CITY OF HAYWARD, BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-50,<br><br>   Defendant. | Case No. 3:15-cv-02307-WHO<br><br>**DECLARATION OF OWEN T. ROONEY IN SUPPORT OF DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: January 4, 2017<br>Time: 2:00 p.m.<br>Court Room: 2 |

I, Owen T. Rooney, declare:

1. I am an attorney licensed to practice law before all courts in the State of California and am the attorney of record in the above-entitled action for defendants Bay Area Rapid Transit District and Jon Tougas.

2. Attached hereto as Exhibit A are true and accurate copies of the excerpts of the deposition of Hayward Police Lieut. Lutzinger referenced herein.

3. Attached hereto as Exhibit B are true and accurate copies of the excerpts of the deposition of BART Sgt. Tougas referenced herein.

4. Attached hereto as Exhibit C are true and accurate copies of the excerpts of the

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law

DECLARATION OF OWEN T. ROONEY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT MEMORANDUM OF POINTS AND AUTHORITIES IN
4177569.1   08433-00004 GKC

deposition of Hayward Police Officer Lewandowski referenced herein.

5. Attached hereto as Exhibit D are true and accurate copies of the excerpts of the deposition of Hayward Police Officer McAdams referenced herein.

6. Attached hereto as Exhibit E are true and accurate copies of the excerpts of the deposition of Hayward Police Officer Tong referenced herein.

7. Attached hereto as Exhibit F are true and accurate copies of the excerpts of the deposition of Hayward Police Officer Cosgriff referenced herein.

8. Attached hereto as Exhibit G are true and accurate copies of the excerpts of the deposition of Hayward Police Lieut. Krimm referenced herein.

9. Attached hereto as Exhibit H are true and accurate copies of the excerpts of the deposition of witness Todd Hendricks referenced herein.

10. Attached hereto as Exhibit I are true and accurate copies of the excerpts of the deposition of witness Chuitlahuac Frias referenced herein.

11. Attached hereto as Exhibit J are true and accurate copies of the excerpts of the deposition of Hayward firefighter-paramedic Brassfield referenced herein.

12. Attached hereto as Exhibit K are true and accurate copies of the excerpts of the deposition of Dr. Rogers referenced herein.

13. Attached hereto as Exhibit L are true and accurate copies of the excerpts of the deposition of Mr. Posey referenced herein.

14. Attached hereto as Exhibit M is a true and accurate copy of the expert report of plaintiff's police practices expert Barry Brodd referenced herein. After the November 8, 2016 Case Management Conference counsel agreed that expert reports would be admissible in connection with the subject Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, is within my personal knowledge and if called as a witness I am competent to testify thereto. Executed on November 29, 2016 at Oakland, CA.

_____
OWEN T. ROONEY

-2-

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law

DECLARATION OF OWEN T. ROONEY IN SUPPORT OF DEFENDANT"S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT MEMORANDUM OF POINTS AND AUTHORITIES IN

4177569.1  08433-00004