**GILBERT, KELLY, CROWLEY & JENNETT LLP**
OWEN T. ROONEY / Bar No. 127830
orooney@gilbertkelly.com
44 Montgomery Street, Suite 2080
San Francisco, California 94104-6702
(415) 627-9000; FAX: (213) 615-7100

**Mailing Address:**
550 South Hope Street, 22nd Floor
Los Angeles, California 90071-2627

Attorneys for Defendant
BAY AREA RAPID TRANSIT DISTRICT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES GREER,<br><br>    Plaintiff,<br>v.<br><br>CITY OF HAYWARD, BAY AREA RAPID TRANSIT DISTRICT, and DOES 1-50,<br><br>    Defendant. | Case No. 3:15-cv-02307-WHO<br><br>**DECLARATION OF LANCE HAIGHT IN SUPPORT OF DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**<br><br>Date: January 4, 2017<br>Time: 2:00 p.m.<br>Court Room: 2 |

I, Lance Haight, declare:

1. I am a Deputy Chief for the BART Police Dept.

2. I graduated from the Oakland police academy in 1998. I was hired by the BART Police Department in November 1997.

3. I was a patrol officer from November 1997 to November 2004, a patrol Sergeant from November 2004 to November 2009 and Internal Affairs Sergeant from November 2009 to December 2011. As an Internal Affairs Sergeant, I authored the Internal Affairs policy, implemented the Internal Affairs database and completed numerous investigations. In December 2011 I was promoted to Lieutenant and I was the lieutenant supervising Internal Affairs until

DECLARATION OF LANCE HAIGHT IN SUPPORT OF DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
4176316.1  08433-00004 GKC

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law

January, 2016. During that time I was also assigned to be the lieutenant over Personnel and Training from January 2012 to January 2013. As a lieutenant I revised and implemented Internal Affairs policies and designed and implemented the department Early Warning System. In January 2016 I was selected to serve as Acting Deputy Chief in which I had oversight of Professional Standards and Training, which includes the Internal Affairs Unit and the Personnel and Training Unit. As Acting Deputy Chief, my duties included review and oversight of use of force incidents and oversight of departmental recruiting, hiring and training. I was promoted to Deputy Chief in October, 2016.

4. I earned a Bachelor of Arts degree in Architectural Engineering from California Polytechnic State University/San Luis Obispo in 1994 and a Master's degree in Homeland Security from American Military University in 2009. I have Advanced, Supervisory and Management Certificates from California Peace Officer Standards and Training (POST).

5. The BART Police Dept. does not have a policy, custom or practice of committing, ratifying or condoning constitutional violations. In fact, the BART Police Dept. has sustained fifteen (15) use of force incidents since 2007 out of 1,789 reported use of force incidents. Any force used to overcome resistance, regardless of the amount or nature of force used, requires a written use of force investigation and report pursuant to BART policy. I am not aware of any other police agency in the Bay Area that employs such a low threshold for what qualifies as a reportable use of force. Accordingly, the BART Police Dept. reports, investigates and reviews many more use of force incidents that would not be considered by other police departments to be a use of force.

6. Use of force incidents are investigated by a police supervisor who then prepares a use of force report. The use of force report is then reviewed by the Watch Commander, the Use of Force Review Board, the Operations Deputy Chief and the Professional Standards and Training Deputy Chief. Each step in the review process includes a determination as to whether the use of force was justifiable or not justifiable. Ultimately, the Chief of Police reviews the use of force reports and has the authority to accept or reject those findings. The purpose of this multi-level review process is transparency and accountability.

Gilbert, Kelly
Crowley & Jennett LLP
Attorneys at Law

-2-
DECLARATION OF LANCE HAIGHT IN SUPPORT OF DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT
4176316.1  08433-00004

7. Anyone in the review process can request that Internal Affairs conduct its own investigation. Internal Affairs can also initiate its own investigation. BART also has an Office of Independent Police Auditor which has unfettered access to all police records including use of force investigative reports and Internal Affairs investigations. The Office of Independent Police Auditor reviews Internal Affairs investigations including excessive force complaints. If the Office of Independent Police Auditor receives a complaint of excessive force, they conduct their own investigation of the incident and presents its findings to a Citizens Review Board. Any discrepancies between the findings of the BART Police Department and the Office of Independent Police Auditor are submitted to BART's General Manager.

8. The subject incident was investigated by the Internal Affairs unit of the BART Police Dept. pursuant to standard protocol for an in-custody death or an officer involved shooting.

9. BART Police Dept. has a training program that surpasses the requirements of Peace Officers Standards and Training (POST). POST requires 24 hours every two years and the BART Police Dept. provides a minimum forty hours of POST training every year.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, is within my personal knowledge and if called as a witness I am competent to testify thereto. Executed on November 28, 2016, at Oakland, CA.

_____
LANCE HAIGHT

DECLARATION OF LANCE HAIGHT IN SUPPORT OF DEFENDANT BAY AREA RAPID TRANSIT DISTRICT'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

4176316.1 08433-00004