FULVIO F. CAJINA (Bar No. 289126)
LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

MATTHEW D. HALEY (Bar No. 104493)
THE HALEY LAW OFFICES
1633 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 444-1881
Facsimile: (510) 444-5108
Email: matt@haleylaw.com

STANLEY C. GOFF
LAW OFFICES OF STANLEY GOFF
15 Boardman Place, Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9471
Email: goffs@mail2world.com

Attorneys for Plaintiff JOSEPH JAMES GREER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JOSEPH JAMES GREER<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-02307-WHO<br><br>**DECLARATION OF FULVIO F. CAJINA, ESQ.**<br><br>Hearing Date: January 4, 2017<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br>Judge: Hon. William H. Orrick |
|---|---|

**DECLARATION OF FULVIO F. CAJINA**

e

**DECLARATION OF FULVIO F. CAJINA, ESQ.**

I, Fulvio F. Cajina, a citizen of the United States, declare, state, and aver that the following statements are true and correct and to the best of my knowledge:

1. I am an attorney at law licensed to practice and practicing in the State of California and admitted to the Northern District of California. I have personal knowledge of the facts I state below. I submit this declaration in support of plaintiff's Opposition to Defendant's Motion for Summary Judgment or Partial Summary Judgment. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the excerpts of the Deposition of Jeffrey Lutzinger.

3. Attached hereto as **Exhibit 2** are true and correct copies of excerpts of the Deposition of Jon Tougas.

4. Attached hereto as **Exhibit 3** is a Manual Filing Notification a DVD of Audio and Video Files of James Greer Arrest.

5. Attached hereto as **Exhibit 4** are true and correct copies of excerpts of the Deposition of Brian Lewandowsky.

6. Attached hereto as **Exhibit 5** is a true and correct copies of excerpts of the Deposition of Norman McAdams.

7. Attached hereto as **Exhibit 6** is a true and correct copies of excerpts of the Deposition of Karen Kreitzer.

8. Attached hereto as **Exhibit 7** is a true and correct copy of the Initial Expert Report of Bryan Reuter.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the Supplemental Expert Report of Bryan Reuter.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Initial Expert Report of Barry Brodd.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Initial Expert Report of

**DECLARATION OF FULVIO F. CAJINA**

e

Dr. Carter Clements.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the Initial Expert Report of Dr. Kent Olson.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the Initial Expert Report of Dr. Joseph Cohen.

14. Attached hereto as **Exhibit 13** is a true and correct copy of excerpts of Deposition of Thomas Rogers MD.

15. Attached hereto as **Exhibit 14** is a true and correct copy of excerpts of Deposition of Eric Brassfield.

I declare under penalty perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed in Oakland, California.

Dated: Tuesday, December 13, 2016         ___/s/_____
                                          Fulvio F. Cajina

**DECLARATION OF FULVIO F. CAJINA**

e