# EXHIBIT 7



Oct 10, 2016

## Statement of Work: Multichannel Video Production

This statement documents the production of one time-coded multichannel digital video recording.

### Synchronization

I was given several police body-mounted digital video recordings that depict one recorded event from different vantage points. I was asked to produce a multichannel video recording that displays the recorded event in its entirety. I identified three recordings that contain simultaneous footage from different vantage points (noted below). Using the video editing software Adobe Audition, I resized and synchronized the three recordings and placed them above a running timecode indicator to produce one multichannel video. The videos were produced in their entirety and are otherwise unaltered.

### Transcription and Time Notation

I transcribed the audio and produced one transcript, provided in .PDF format. I also produced one subtitle overlay for each video, delivered in .SSA format. These subtitle transcripts can be overlaid onto the video during playback. I was asked to identify the exact moment when chest compressions began.

### Fee Schedule

The fee for my services were provided at the discounted rate of $100.00 per hour.

Bryan M. Reuter
Forensic Media Examiner
Signal Forensic Media Services

Timeline depicting the overlapping footage



1. File name: asstd_HPD_in_an_11-95.mp4
   Duration: 00:16:17
   Dimensions: 640 x 480
   File Size: 218.6 MB

2. File name: J_Mateu_58035_Cover_Unit_1.mp4
   Duration: 00:04:10
   Dimensions: 640 x 480
   File Size: 57.4 MB

3. File name: cover.mp4
   Duration: 00:08:57
   Dimensions: 640 x 480
   File Size: 123.4



# SIGNAL
## FORENSIC MEDIA SERVICES

Sept 25, 2016

## Introduction

This report details the analysis of a digital video recording received from Fulvio Cajina. Mr. Cajina requested that this video be analyzed to determine whether any photographic depictions of the subject's lips could be identified and collected. He also requested that I give him my opinion as to whether or not the video contained photographic evidence of changes to the subject's lips throughout the recording. After reviewing the material, I advised Mr. Cajina that recording was sufficient to collect data in three separate instances. This report details the collection and analysis of still frame images from the digital video recording.

## Technical Terms

1) **RGB:** An additive color model in which Red, Green and Blue light are added together to reproduce images.

2) **Luma:** represents the brightness (or achromatic values) of an image.

3) **Bitstream:** A binary data sequence. A 'direct bitstream' is an identical digital copy.

4) **Image Histogram:** A diagram that plots the tonal value of a collection of pixels. The horizontal axis represents the tonal variations, and the vertical axis represents the prevalence of a particular tone.

## Evidence

File Name: asstd_HPD_in_an_11-95.mp4
File Type: MPEG-4
Video Codec: H264 AVC
Image Size: 640 x 480
Pixel Aspect Ratio: 1:1
Frame Rate: 29.97 fps
Total Duration: 00:16:17.403

The digital video is a police body-mounted camera. The file was stored in a lossy, compressed format. The low-resolution image is consistent with standard police footage. I examined the video contents and determined the file was playing properly.

## Analysis Tools

1. ImageJ
2. VirtualDub 1.10.4
3. Remuxer
4. HxD
5. Media-Info
6. Adobe Photoshop CC

## Image Collection

After thoroughly reviewing the video and isolating the three segments, I collected still images from the video by extracting direct bitstream copies of the images. These images are identical to their corresponding frames within the native video. In each collected image, the region near the lip (Area A) was compared to the region of nearby skin (Area B). The first two instances occur at the beginning of the recording (00:01:02 and 00:01:32). The third instance occurs at 00:11:29. Because of the inconsistent lighting of the environment caused by police light bars, I chose two separate images from Figure 1 and three separate images from Figure 3 for measurement. RGB and luma values were measured for each area, and the mean values were calculated. The collected images were cropped and exhibits were created. In each exhibit, the yellow arrow indicates the sampling location of Area 1, and the green arrow represents the sampling location of Area 2.

## Comparison of Mean Values: Figures 1-6

Figure 1 (00:01:02.309)

| Difference: | Areas A - B |
|---|---|
| Red | 17.344 |
| Green | 16.306 |
| Blue | 8.604 |
| (R+G+B)/3 | 14.1 |
| Luma | 15.746 |

Figure 2 (00:01:02.407)

| Difference: | Areas A - B |
|---|---|
| Red | 3.845 |
| Green | 7.493 |
| Blue | 4.26 |
| (R+G+B)/3 | 5.242 |
| Luma | 6.058 |

Figure 3 (00:01:32:060)

| Difference | Areas A - B |
|---|---|
| Red | 15.988 |
| Green | 16.917 |
| Blue | 15.958 |
| (R+G+B)/3 | 16.286 |
| Luma | 16.566 |

Figure 4 (00:11:29.313)

| Difference | Areas A - B |
|---|---|
| Red | -51.069 |
| Green | -49.187 |
| Blue | -54.214 |
| (R+G+B)/3 | -51.513 |
| Luma | -50.221 |

Figure 5 (00:11:29.738)

| Difference | Areas A - B |
|---|---|
| Red | -15.695 |
| Green | -23.827 |
| Blue | -27.833 |
| (R+G+B)/3 | -22.44 |
| Luma | -21.791 |

Figure 6 (00:11:32.510)

| Difference | Areas A - B |
|---|---|
| Red | -6.008 |
| Green | -10.599 |
| Blue | -10.383 |
| (R+G+B)/3 | -8.859 |
| Luma | -9.106 |

**Figure 1:** Timecode: 00:01:02.309



# Figure 1 Histograms (RGB Values)



AREA A (LIP)

0                          255

Count: 86        Min: 57
Mean: 73.895     Max: 90
StdDev: 8.569    Mode: 77 (13)

0                          255

Count: 86        Min: 53
Mean: 68.977     Max: 84
StdDev: 8.136    Mode: 77 (14)

0                          255

Count: 86        Min: 59
Mean: 77.070     Max: 89
StdDev: 8.711    Mode: 77 (13)

AREA B

0                          255

Count: 92        Min: 75
Mean: 91.239     Max: 112
StdDev: 8.112    Mode: 97 (15)

0                          255

Count: 92        Min: 69
Mean: 85.283     Max: 106
StdDev: 8.043    Mode: 91 (15)

0                          255

Count: 92        Min: 73
Mean: 85.674     Max: 106
StdDev: 7.495    Mode: 91 (15)

**Figure 2:** Timecode: 00:01:02.407





# Figure 2 Histograms (RGB Values)



### AREA A (LIP)

Count: 97          Min: 75
Mean: 88.794       Max: 105
StdDev: 7.246      Mode: 88 (9)

Count: 97          Min: 67
Mean: 81.237       Max: 99
StdDev: 7.244      Mode: 82 (9)

Count: 97          Min: 74
Mean: 87.773       Max: 103
StdDev: 6.066      Mode: 90 (11)

### AREA B

Count: 122         Min: 71
Mean: 92.639       Max: 105
StdDev: 7.448      Mode: 89 (8)

Count: 122         Min: 71
Mean: 88.730       Max: 99
StdDev: 6.656      Mode: 92 (10)

Count: 122         Min: 67
Mean: 92.033       Max: 104
StdDev: 8.103      Mode: 99 (11)

**Figure 3:** Timecode: 00:01:32.060





# Figure 3 Histograms (RGB Values)

## AREA A (LIP)



0                                    255

Count: 42          Min: 75
Mean: 106.548      Max: 133
StdDev: 14.032     Mode: 95 (4)



0                                    255

Count: 42          Min: 56
Mean: 76.833       Max: 98
StdDev: 10.532     Mode: 64 (4)



0                                    255

Count: 42          Min: 58
Mean: 84.024       Max: 105
StdDev: 11.665     Mode: 73 (6)

## AREA B



0                                    255

Count: 56          Min: 98
Mean: 122.536      Max: 137
StdDev: 8.323      Mode: 125 (7)



0                                    255

Count: 56          Min: 73
Mean: 93.750       Max: 104
StdDev: 6.799      Mode: 97 (7)



0                                    255

Count: 56          Min: 76
Mean: 99.982       Max: 113
StdDev: 7.752      Mode: 101 (5)

**Figure 4:** Timecode: 00:11:29.313





# Figure 4 Histograms (RGB Values)



## AREA A (LIP)

| | |
|---|---|
| Count: 117 | Min: 90 |
| Mean: 127.103 | Max: 157 |
| StdDev: 14.660 | Mode: 123 (8) |

| | |
|---|---|
| Count: 117 | Min: 59 |
| Mean: 97.641 | Max: 130 |
| StdDev: 14.412 | Mode: 94 (6) |

| | |
|---|---|
| Count: 117 | Min: 64 |
| Mean: 102.034 | Max: 133 |
| StdDev: 14.392 | Mode: 98 (6) |

## AREA B

| | |
|---|---|
| Count: 590 | Min: 54 |
| Mean: 76.034 | Max: 91 |
| StdDev: 8.816 | Mode: 80 (44) |

| | |
|---|---|
| Count: 590 | Min: 33 |
| Mean: 48.454 | Max: 65 |
| StdDev: 7.327 | Mode: 53 (45) |

| | |
|---|---|
| Count: 590 | Min: 32 |
| Mean: 47.820 | Max: 61 |
| StdDev: 5.382 | Mode: 50 (49) |





# Figure 5 Histograms (RGB Values)



AREA A (LIP)

| | |
|---|---|
| Count: 224 | Min: 55 |
| Mean: 79.732 | Max: 119 |
| StdDev: 12.967 | Mode: 82 (12) |

| | |
|---|---|
| Count: 224 | Min: 55 |
| Mean: 73.384 | Max: 108 |
| StdDev: 11.277 | Mode: 63 (11) |

| | |
|---|---|
| Count: 224 | Min: 59 |
| Mean: 79.612 | Max: 116 |
| StdDev: 11.916 | Mode: 75 (11) |

AREA B

| | |
|---|---|
| Count: 488 | Min: 40 |
| Mean: 64.037 | Max: 79 |
| StdDev: 7.849 | Mode: 68 (33) |

| | |
|---|---|
| Count: 488 | Min: 34 |
| Mean: 49.557 | Max: 61 |
| StdDev: 5.349 | Mode: 47 (37) |

| | |
|---|---|
| Count: 488 | Min: 37 |
| Mean: 51.779 | Max: 66 |
| StdDev: 6.573 | Mode: 59 (32) |

**Figure 6:** Timecode: 00:11:32.510





# Figure 6 Histograms (RGB Values)



AREA A (LIP)

Count: 104
Mean: 70.029
StdDev: 4.961
Min: 56
Max: 80
Mode: 73 (14)

Count: 104
Mean: 64.308
StdDev: 4.560
Min: 51
Max: 70
Mode: 68 (14)

Count: 104
Mean: 61.490
StdDev: 4.647
Min: 47
Max: 70
Mode: 65 (14)

AREA B

Count: 516
Mean: 64.021
StdDev: 7.721
Min: 47
Max: 78
Mode: 71 (36)

Count: 516
Mean: 53.709
StdDev: 6.831
Min: 37
Max: 66
Mode: 60 (35)

Count: 516
Mean: 51.107
StdDev: 6.052
Min: 36
Max: 67
Mode: 54 (37)

## Limitations

Interpretation of the image contents is made more difficult by the lack of comparable exemplars within the footage. The changing distance, position, and angle of the camera as well as the inconsistent lighting of the environment must be factored in to any image analysis.

## Conclusion

Visual analysis of the images and calculations of the pixel values in Figure1, Figure 2, and Figure 3 all show Area A and Area B to have similar values. This indicates that the Lip and surrounding skin area have similar color and brightness. In Figure 4, Figure 5, and Figure 6, both the luma and blue values are higher in Area A than in Area B (see Comparison of Mean Values).

In my professional opinion, the images of Mr. Greer in Figures 4 through 6 depict lips that appear lighter and bluer than are depicted in Figures 1 through 3. A qualified medical expert should perform further content analysis and image interpretation.

I am a disinterested party to the case involved in this investigation and its subsequent outcome. I have presented my findings base on the evidence provided to me. I have done so to the best of my ability. I attest, with a reasonable degree of professional certainty, to the findings in this report that they are true and accurate.

Bryan M. Reuter
Forensic Media Examiner
Signal Forensic Media Services



# SIGNAL
## FORENSIC MEDIA SERVICES

518 40th St, #5 Oakland, CA 94609
(415)205-2519
bryan@signalfms.com

# BRYAN M. REUTER

I am an experienced digital forensic examiner. I specialize in analysis and authentication of recorded evidence. I work as a court-appointed forensic media expert on state and federal cases in California and beyond. I consult with companies, government agencies and individuals on all aspects of digital evidence. I have provided expert witness testimony in California courts and my admissible work product has been consequential in determining case outcomes. I have a strong background with electronic discovery, litigation support, case management, data forensics and evidence handling.

## EDUCATION, STUDIES AND PROFESSIONAL CERTIFICATIONS:

**National Center for Media Forensics**                                    **2016**
**College of Arts & Media, University of Colorado Denver**
Forensic Analysis and Authentication of Digital Audio
Forensic Authentication of Digital Images

**American College of Forensic Examiners Institute (ACFEI)**              **2011**
Member since 2011

**International Society of Forensic Computer Examiners (ISFCE)**          **2011**
Certified Forensic Examiner.
Extensive training in forensic analysis, proper evidence handling, and best
practices of data collection and analysis. ISFCE Falls, Church, VA

**LexisNexis**                                                            **2011**
Certified LAW PreDiscovery Administrator (ADM) and E-Discovery Professional
Data and case-management for legal services

**Peralta College, Oakland, CA**                                         **2013**
Computer Information Systems

## MEMBERSHIPS

**Audio Engineering Society (AES)**                              **2013 - present**
AES Technical Committee – Audio Forensics
**American College of Forensic Examiners Institute**            **2011 - present**

## PRESENTATIONS AND LECTURES

**Audio Forensics: Spectral Analysis of Digital Evidence Recordings**    **2016**
UC Santa Cruz: Digital Arts and New Media, Mechatronics Research Group

**Tools for Audio Analysis: An Introduction**                            **2016**
UC Stana Cruz: 2-3:45 PRTR 28 Sound Art

CONFERENCES

**140th AES Conference – Technical Program: Audio Forensics**     **June 2016**

**ACFEI Executive Summit**     **Aug 2015**

SAMPLE CASES

**U.S. v. Chow, et al. CR14-0196 CRB**     **2015 – 2016**
Court-appointed expert providing investigation of digital evidence, audibility
clarification of video recordings, and investigation related to FBI audio transmission
errors. Expert witness testimony for the defense.

**California Public Utilities Commission – Utility Enforcement**     **2015 – 2016**
Retained by CPUC to investigate fraudulent Third Party Verification recordings.
recorded evidence was proven inconsistent with authentic phone recordings.

**\*Individual vs. City Government**     **2015 – 2016**
Consultation with city government to provide analysis and interpretation of
digital evidence, including 9-1-1 recordings and forensic reports of mobile devices.
I created a verifiable timeline of events confirmed by metadata and audio analysis.
I am currently retained as a potential expert witness.

**People v. Albert Carreon CR2012-007977-001 DT**     **2015**
Retained by defense counsel and appointed by Arizona Court of Appeals
to perform analysis and audibility clarification of recorded evidence related to a
first degree murder. My work produced exculpatory evidence that is being used
toward the goal of reversing Mr. Carreon's death penalty conviction.

**U.S. v. Roderick Newberry, et al. CR-14-00389-YGR**     **2014 - 2015**
Forensic Media Expert:
Court-appointed expert providing analysis, authentication and clarification of
recorded evidence. Case-wide analysis of recorded discovery, disputing certain
assertions made by the prosecution and confirming others. I provided audibility
clarification of distorted audio, forensic transcription, and clarified and
stabilization of video evidence.

**U.S. v. Cruz, et al. CR-11-355-24-EJ**     **2014**
Court-appointed expert to encode, process and clarify audio and video recorded
evidence on behalf of a multi-defendant team. Noise reduction and clarification
of the evidence was performed. Inaudible conversations were processed and
severely damaged audio was restored

**People v. Scott Smith 14000124**     **2014**
I was appointed by California superior court to perform restoration and
clarification of video evidence. I performed image stabilization, clarification and
reversed lens distortion which made analysis of the recorded evidence possible

**U.S. v. Ilyin, et al. CR-12-00467-RS**                                            **2013**

I was retained by Mr. Ilyin's criminal defense team to analyze and authenticate
several audio recording to determine whether the recorded evidence had been
tampered with. I employed forensic analysis of the data and spectral analysis of
the audio itself.


**U.S. v. *an Individual**                                                          **2013**

I was retained for expert forensic authentication of pole-mounted cameras. I
was tasked with confirming the authenticity of metadata provided by law
enforcement, and validating the time-stamps of an image array. My analysis
confirmed the defense team's assertion that the evidence was not properly
collected by local law enforcement.

**U.S. v. Anthony Decuir**                                                          **2013**

I was retained for expert forensic analysis, authentication and clarification of
recorded evidence to determine whether or not a suspect was involved in a
recorded conversation.

**U.S. v. Ivan Cerna, et al. CR-08-0730 WHA**                                       **2011 - 2012**

I worked with a multi-defendant criminal defense team to perform analysis,
conversion and case management focusing on thousands of pieces of recorded
evidence. I performed audio clarification for multiple transcription teams, and
prepared audio for trial


**U.S. v. *an individual et al**                                                    **2012**

I worked with a multi-defendant criminal defense team to manage recorded
wiretaps and calls made inside a jail facility. I captured and stored metadata,
and performed forensic verification on a case-wide basis.

*A full case history is available upon request. Confidentiality agreements require that I withhold the name of certain
clients and their defendants.*

WORK HISTORY

Signal Forensic Media Service                                          2014 - present

Colour Drop                                                            2004 - 2014
Technology Manager / Electronic Discovery Specialist

file name: GREER_COMBINED_TIMECODED.mp4

0:00:42.60  Officer: My camera's going too by the way

0:00:45.95  Officer: There's just one in there?

0:00:47.40  Officer: Hey, step out of the car

0:00:55.66  Officer: Have you got uh, weapons on you at all?

0:00:57.15  Greer: No I don't

0:00:57.93  Officer: Okay

0:00:58.33  Officer: Just gonna pat search you, make sure you don't have any

weapons

0:00:59.52  Greer: Okay

0:01:04.70  Greer: When, when was this warrant from?

0:01:07.90  Officer: [U/I]

0:01:08.84  Officer: Yep

0:01:09.42  Officer: What's that?

0:01:09.68  Greer: But what was it that you're arresting me for?

0:01:11.56  Officer: You're not under arrest

0:01:13.99  Officer: How much you had to drink tonight?

0:01:15.13  Greer: Nothing, I had a..  there was a bottle earlier. What'd I

do?

0:01:17.58  Officer: Keep your hands [U/I]

0:01:18.82  Officer: Don't keep pulling away

0:01:20.38  Officer: How much have you had to drink tonight?

| 1 | 0:01:21.49  Greer: Nothing, you know there was a cheap bottle that I got over |
| 2 | there at the liquor store.. That was cheap. I put it on the ground |
| 3 | |
| 4 | 0:01:29.36  Officer: Return to.. right against the truck |
| 5 | 0:01:31.01  Greer: What uh, what happened? |
| 6 | 0:01:39.25  Officer: Look at my forehead, okay? You see my finger in front |
| 7 | of your face? |
| 8 | 0:01:42.83  Greer: Yeah |
| 9 | 0:01:43.42  Officer: I'm gonna move my finger from left to right, okay? |
| 10 | 0:01:46.29  Officer: When I do that, I want you to follow my finger with |
| 11 | your eyes only. |
| 12 | 0:01:50.58  Officer: You're going to keep your nose lined up with mine |
| 13 | 0:01:52.29  Greer: Okay I know now my eye.. what do you do |
| 14 | with it.. which way? |
| 15 | 0:01:55.35  Officer: I'm gonna move my finger left and right |
| 16 | 0:01:56.56  Greer: Okay |
| 17 | 0:01:57.36  Officer: You're gonna follow with your eyes only, not your head |
| 18 | 0:01:59.53  Greer: Okay |
| 19 | 0:02:00.68  Officer: See my finger? |
| 20 | 0:02:01.35  Greer: Uh huh (Affirmative) |
| 21 | 0:02:06.77  Officer: [U/I] Keep looking at my fingers |
| 22 | 0:02:12.84  Officer: How much have you had to drink tonight, really? |
| 23 | 0:02:14.61  Greer: [U/I] taste of a bottle over there. |
| 24 | 0:02:20.20  Officer: [U/I] You're gonna book him |
| 25 | 0:02:21.00  Officer: Why? |
| 26 | 0:02:23.55  Officer: [U/I] ahead of you.. You're driving kind of.. all, |
| 27 | goofy. |
| 28 | 0:02:27.74  Officer: Let's go over to the other side of the truck where it's |

| | |
|---|---|
| 1 | a little more level. |
| 2 | 0:02:30.70  Officer: We'll have you do some sobriety tests for me, okay? |
| 3 | 0:02:32.94  Greer: Okay |
| 4 | 0:02:38.43  Officer: Do you have any problems with your, your legs? |
| 5 | 0:02:41.05  Greer: Yes, I do. |
| 6 | 0:02:41.93  Officer: What, What type.. What kind of problems? |
| 7 | 0:02:44.73  Greer: [U/I] |
| 8 | 0:02:46.57  Officer: Knees? |
| 9 | 0:02:48.58  Greer: What do you want? |
| 10 | 0:02:49.83  Officer: I want to do some, some sobriety tests |
| 11 | 0:02:52.23  Greer: Okay |
| 12 | 0:02:52.83  Officer: And so,  In order for me to do that, a lot of it is |
| 13 | balance related |
| 14 | 0:02:56.42  Greer: Okay |
| 15 | 0:02:57.17  Officer: I need to be fair to you and ask you if you have any |
| 16 | medical conditions that would be [U/I] |
| 17 | 0:03:00.70  Officer: Yeah I do really.. You know what, I do I had [U/I] which |
| 18 | I |
| 19 | 0:03:04.52  Officer: And how about your legs? Do you have a problem with your |
| 20 | legs? |
| 21 | 0:03:07.54  Greer: No, not really |
| 22 | 0:03:08.65  Officer: Your balance is okay? |
| 23 | 0:03:09.89  Greer: Kind of, yeah |
| 24 | 0:03:11.07  Officer: Okay. |
| 25 | 0:03:12.05  Greer: My leg [stutters] what was the problem.. My leg was broken |
| 26 | before |
| 27 | 0:03:17.68  Officer: Alight I want you to stand towards me. I want you to put |
| 28 | your feet together just like this |

```
1   0:03:18.57  Greer: Okay

2   0:03:20.90  Greer: Yeah.

3   0:03:22.15  Officer: Look how my feet are. Put your heels and your toes
4   together.

5   0:03:23.03  Greer: Okay

6   0:03:25.08  Greer: Right

7   0:03:25.91  Officer: Your toes together.

8   0:03:29.17  Officer: Hold like that. Keep your hands down at
9   your side. Tilt your head back slightly. Hands down at your side

10  0:03:35.44  Officer: Tilt your head back. Close your eyes and then hold that
11  position.

12  0:03:39.98  Greer: [U/I]

13  0:03:42.47  Officer: I'm testing your balance

14  0:03:44.30  Greer: Where's my [U/I]. What are you guys going to do to me
15  here?

16  0:03:47.55  Greer: Um, I don't understand. I don't understand! I'm not
17  understanding!

18  0:03:49.55  Officer: We're testing your balance.

19  0:03:50.46  Officer: To see if you've had too much to drink tonight

20  0:03:52.56  Greer: I haven't drank nothin'

21  0:03:53.84  Officer: Okay, well, your driving is really bad. And..

22  0:03:58.70  Greer: What are you guys, what are you guys messing with me for,
23  though?

24  0:04:01.57  Officer: I'm trying to give you a field sobriety test, okay?

25  0:04:05.78  Greer: No wait, wait, wait, wait, wait, wait ,wait

26  0:04:07.29  Officer: Okay, don't be walking away

27  0:04:08.42  Greer: wait, wait, wait, wait, wait, wait, wait, What are you
28  guys doing to me?
```

```
 1   0:04:11.27   Officer: Hey, relax. Relax. Relax! Relax.

 2   0:04:11.27   Officer: You're not cooperating.

 3   0:04:14.62   Greer: What are you doing to me? What are you doing to me?

 4   0:04:15.48   Officer: Relax

 5   0:04:17.19   Officer: Relax. Nothing. You're going to be alright, dude

 6   0:04:19.30   Greer: [U/I] What are you doing to me? What are you guys

 7   harassing me for, though? Because you..

 8   0:04:25.96   Greer: What a minute. Aye, aye!

 9   0:04:27.27   Officer: He can help you [U/I]

10   0:04:28.23   Greer: Wait a minute. Wait a minute.

11   0:04:29.66   Officer: Okay, Mr. Greer

12   0:04:30.28   Greer: What are you doing?

13   0:04:31.46   Officer: Put your hands behind your back.

14   0:04:32.65   Greer: What, what, what are you doing?

15   0:04:33.32   Officer: Mr. Greer put your hands behind your back

16   0:04:36.65   Greer: Okay okay wait, man.

17   0:04:37.88   Officer: Mr. Greer put your hands behind your back

18   0:04:39.97   Greer: Okay, okay, okay, hey! [screams]

19   0:04:41.21   Greer: Ow! You're breaking my arm! You're breaking my.. Ow!

20   [scream]

21   0:04:42.16   Officer: Put your hands behind your... Put your hands behind your

22   back

23   0:04:44.74   Officer: Put your hands behind your back. Put your hand behind

24   your back!

25   0:04:44.75   Greer: [screams] Ow! [screams]

26   0:04:49.17   Officer: Step him back

27   0:04:50.28   Greer: [scream] What are you doing?

28   0:04:50.28   Officer: Put your hands [U/I]
```

| | | |
|---|---|---|
| 1 | 0:04:54.27 | Greer: [Grunt] What are you guys doing? |
| 2 | 0:04:55.68 | Greer: What are you doing? |
| 3 | 0:04:57.37 | Greer: What are you doing? |
| 4 | 0:04:58.13 | Officer: Relax! |
| 5 | 0:04:58.77 | Greer: What are you doing? Hey! What are you doing? |
| 6 | 0:05:02.77 | Officer: Relax.. Relax |
| 7 | 0:05:03.17 | Greer: [screams] Hey! Hey! |
| 8 | 0:05:03.86 | Officer: Yeah [U/I] |
| 9 | 0:05:05.84 | Greer: Hey! What are you doing? What are you doing? |
| 10 | 0:05:10.06 | Greer: Hey! You guys are fucking up, man. |
| 11 | 0:05:12.06 | Greer: [screams] |
| 12 | 0:05:15.73 | Greer: [screams] Hey! Hey! |
| 13 | 0:05:16.77 | Officer: Okay, you need to stop... |
| 14 | 0:05:18.11 | Officer: Put your hands behind your back, dude! |
| 15 | 0:05:19.46 | Officer: Put your hands behind your back |
| 16 | 0:05:22.40 | Greer: What are you doing? |
| 17 | 0:05:20.51 | Greer: Fine!' |
| 18 | 0:05:22.77 | Officer: We got, we got one on [U/I] |
| 19 | 0:05:24.84 | Greer: What are you doing? |
| 20 | 0:05:25.55 | Officer: Get another one? |
| 21 | 0:05:26.11 | Officer: Yeah |
| 22 | 0:05:26.80 | Greer: What are you doing? |
| 23 | 0:05:28.55 | Greer: What are you doing? |
| 24 | 0:05:29.84 | Officer: Got one in |
| 25 | 0:05:30.68 | Greer: No.. What are you doing? |
| 26 | 0:05:33.00 | Greer: What are you doing? |
| 27 | 0:05:34.64 | Greer: What are you doing? |
| 28 | 0:05:36.35 | Greer: What are you doing? |

| | | |
|---|---|---|
| 1 | 0:05:37.62 | Officer: Roll over on your stomach! |
| 2 | 0:05:37.71 | Greer: What are you doing? |
| 3 | 0:05:39.33 | Greer: What are you doing? What are you doing? |
| 4 | 0:05:39.46 | Officer: Roll over on your stomach! |
| 5 | 0:05:41.68 | Officer: We gotta ball here |
| 6 | 0:05:42.80 | Officer: Huh? |
| 7 | 0:05:43.37 | Officer: Roll over on your stomach! |
| 8 | 0:05:44.00 | Officer: Roll over on your stomach! |
| 9 | 0:05:45.37 | Greer: What are you doing? |
| 10 | 0:05:47.22 | Officer: There you go |
| 11 | 0:05:48.17 | Greer: What are you doing? |
| 12 | 0:05:49.48 | Officer: Why? |
| 13 | 0:05:49.71 | Officer: Alright |
| 14 | 0:05:50.15 | Officer: Hey, watch our bro |
| 15 | 0:05:51.24 | Officer: Now this is good |
| 16 | 0:05:51.24 | Greer: What are you doing? |
| 17 | 0:05:52.68 | Officer: Can you get the other hand back here? |
| 18 | 0:05:52.68 | Greer: What are you doing? |
| 19 | 0:05:54.42 | Officer:, Look out on your [U/I] foot |
| 20 | 0:05:56.00 | Officer: That was no foot. |
| 21 | 0:05:57.75 | Greer: What are you doing? |
| 22 | 0:05:58.71 | Officer: Put your hands behind your back! |
| 23 | 0:06:00.13 | Greer: Fuck that shit! ay!    ay! |
| 24 | 0:06:03.73 | Officer: Yeah, he got hands |
| 25 | 0:06:05.15 | Greer: No! |
| 26 | 0:06:05.51 | Officer: Yeah, he got hands |
| 27 | 0:06:07.15 | Greer: Ay! just go away! |
| 28 | 0:06:11.42 | Greer: [grunt] hey |

```
 1  0:06:12.44  [crosstalk]

 2  0:06:13.82  Officer: Gary, can you wash his hand out?

 3  0:06:15.40  Officer: Put your hand in right there

 4  0:06:17.04  Officer: Here give it to me here here...

 5  0:06:17.97  Officer: Okay

 6  0:06:18.31  Greer: [scream]

 7  0:06:19.44  Greer: Fuck that shit!

 8  0:06:21.44  Greer: [grunt]

 9  0:06:24.53  Officer: Hey, hey hey

10  0:06:27.53  Officer:  [U/I]

11  0:06:29.24  Greer: [grunt] hey! hey!

12  0:06:33.17  Officer: Okay, no no. There's too many people on here.

13  0:06:34.66  Officer: Hey

14  0:06:35.20  Officer: Mr. Greer!

15  0:06:37.22  Officer: Mr. Greer! You need to stop resisting or

16  you will be tased! Do you feel me [U/I]?

17  0:06:43.15  Officer: You're gonna get tased

18  0:06:44.25  Officer: Put your hands behind your back!

19  0:06:44.88  Officer: You're gonna get tased!

20  0:06:47.65  Officer: He's got the cuffs flipped over

21  0:06:48.99  Officer: Let me help you out [grunt]

22  0:06:51.37  [sound of taser]

23  0:06:53.00  Greer: [screams]

24  0:07:00.12  Officer: Put your hands behind your back!

25  0:07:01.97  Greer: What are you doing?

26  0:07:04.49  Greer: What are you guys doing?

27  0:07:06.70  Greer: What are you guys doing?

28  0:07:07.52  [taser sounds]
```

| | | |
|---|---|---|
| 1 | 0:07:09.17 | Officer: Put your hands behind your back! Put your... |
| 2 | 0:07:08.24 | Greer: [screams] |
| 3 | 0:07:13.84 | Greer: fuck this shit |
| 4 | 0:07:15.84 | Greer: What the fuck did you guys do? |
| 5 | 0:07:17.84, | Greer: what the fuck are you guys doing? |
| 6 | 0:07:21.08 | Officer: We are being subject to try to get him in to |
| 7 | 0:07:23.74 | Officer: no no no on |
| 8 | 0:07:24.28 | Officer: .. should have gone over to.. |
| 9 | 0:07:25.58 | Greer: Hey! What the fuck you guys do to me? |
| 10 | 0:07:26.46 | Officer: no, no, no |
| 11 | 0:07:28.80 | Greer: [scream] [grunt] |
| 12 | 0:07:30.00 | Officer: I go the... I got the cuffs on this side |
| 13 | 0:07:33.36 | Officer: We need a cuff on this side |
| 14 | 0:07:34.40 | Officer: I'd rather take this one |
| 15 | 0:07:35.46 | Officer: He, he, he's got his hand underneath it |
| 16 | 0:07:35.46 | Greer: [grunt] |
| 17 | 0:07:37.66 | Officer: [U/I] ..cuffs |
| 18 | 0:07:39.14 | Officer: I've got.. here |
| 19 | 0:07:39.14 | Greer: What the fuck are you guys doing? |
| 20 | 0:07:41.14 | Officer: We just need that other hand |
| 21 | 0:07:42.04 | Greer: Aye!' |
| 22 | 0:07:41.98 | Officer: Alright. |
| 23 | 0:07:42.60 | Officer: I've got his other hand here |
| 24 | 0:07:44.60 | Officer: Hold up! |
| 25 | 0:07:46.60 | Greer: What the fuck are you guys doing? ow! |
| 26 | 0:07:49.36 | Officer: Just give 'em your hands, buddy |
| 27 | 0:07:51.00 | Greer: Hey! |
| 28 | 0:07:51.52 | Officer: Just give him your hands! Just relax! |

```
 1   0:07:51.84   Officer: Hey! I [U/I] your car

 2   0:07:54.76   Officer: Yep.. We're trying to [U/I]

 3   0:07:57.12   Greer: [grunt]

 4   0:07:57.76   Officer: Relax!

 5   0:05:57.90   Officer #: Hold on...

 6   0:07:59.16   [grunts]

 7   0:08:01.58   Officer: Okay, is the other one on?

 8   0:08:03.66   Officer: Let's have a cuff on it.. Does the other one have a cuff

 9   on it?

10   0:08:07.10   Officer: No it doesn't

11   0:08:09.10   [grunts] Officer #: Get that one...

12   0:08:11.10   Officer: Alright, relax dude.

13   0:08:13.10   Greer: Hey!

14   0:08:13.54   Officer: Do you understand me?

15   0:08:14.72   Officer: You got, got it?

16   0:08:14.72   Greer: [grunt]

17   0:08:17.26   Officer: Hey, take that other cuff off. I got it

18   0:08:18.88   Officer: Okay. You got it?

19   0:08:19.80   Greer: Hey! hey! hey!

20   0:08:22.18   Officer: There you go.

21   0:08:24.26   Officer: There you go.  This is how [U/I]

22   0:08:27.54   Officer: Is it on his arm yet?

23   0:08:28.70   Greer: Hey!

24   0:08:29.28   Officer: Right there. Right there.

25   0:08:31.32   Greer: It's wrong!

26   0:08:32.70   Greer: [grunts]  Get off me..  [grunt] get off me!

27   0:08:35.74   Officer: Just relax! Stop fighting!

28   0:08:36.32   Officer: Relax!
```

| | | |
|---|---|---|
| 1 | 0:08:37.84 | Officer: Relax. |
| 2 | 0:08:37.84 | Greer: What you guys done? |
| 3 | 0:08:43.28 | Officer: [U/I] .. giving back the car? |
| 4 | 0:08:48.56 | Greer: Get off me! Hey! |
| 5 | 0:08:53.60 | Officer: We're going through the WRAP and... |
| 6 | 0:09:01.92 | Greer: Get off me! hey! hey! Get off me! |
| 7 | 0:09:10.16 | Officer: Shut... Relax. |
| 8 | 0:09:11.98 | Officer: Shut the fuck up, dude. |
| 9 | 0:09:12.48 | Officer: Relax |
| 10 | 0:09:13.12 | Officer: Relax |
| 11 | 0:09:14.16 | Officer: Relax dude. He's your friend. |
| 12 | 0:09:17.28 | Officer: Relax.. Relax |
| 13 | 0:09:17.28 | Greer: Hey! Hey! Hey! Hey! |
| 14 | 0:09:22.56 | Officer: Relax... Relax... |
| 15 | 0:09:22.56 | Greer: Hey! Hey! Hey! Hey! |
| 16 | 0:09:27.76 | Officer: Just calm down dude.. Just relax. |
| 17 | 0:09:31.20 | Greer: Stop him! |
| 18 | 0:09:32.96 | Officer: Take a deep breath. Take a deep breath. |
| 19 | 0:09:36.20 | Officer: Who's gonna get them room? |
| 20 | 0:09:32.96 | Greer: [U/I] Hey! Hey! |
| 21 | 0:09:38.48 | Greer: [U/I] Hey! Hey! |
| 22 | 0:09:40.64 | Officer: Roll him out towards, towards [U/I]. Roll him out that |
| 23 | way | |
| 24 | 0:09:44.94 | Greer: Come on! Hey! |
| 25 | 0:09:45.92 | Officer: We're gonna roll him out this way? |
| 26 | 0:09:47.39 | Officer: Hold On.. |
| 27 | 0:09:48.14 | Officer: Hey Partner. Alright, this is gonna happen either way |
| 28 | 0:09:51.32 | Officer: So don't fight us any more, alright? |

| | | |
|---|---|---|
| 1 | 0:09:53.32 | Officer: We're gonna roll you over. Don't fight us any more, it's |
| 2 | | going to hurt for you, alright? |
| 3 | 0:09:57.52 | Officer: My taser's in there somewhere |
| 4 | 0:09:58.67 | Officer: Yeah, I got it. I got it LT. Don't worry. |
| 5 | 0:10:01.05 | Officer: There was a baton, did someone grab that? |
| 6 | 0:10:02.41 | Officer: Yeah, that's aside |
| 7 | 0:10:03.40 | Officer: Alright, we're gonna roll you over bud. Don't fight us. |
| 8 | 0:10:05.55 | Officer: Alright, then be hard dude. |
| 9 | 0:10:06.19 | Officer: Hold on. Hold on. |
| 10 | 0:10:07.05 | Officer: Hold up, and I can hear ya |
| 11 | 0:10:08.72 | Officer: Come on! |
| 12 | 0:10:09.68 | Officer: The fuckin.. |
| 13 | 0:10:10.40 | Officer: Hey, can you hear me? |
| 14 | 0:10:12.22 | Greer: [scream] |
| 15 | 0:10:12.64 | Officer: Just relax. Relax. |
| 16 | 0:10:14.64 | Greer: Hey |
| 17 | 0:10:17.44 | Officer: Alright? |
| 18 | 0:10:17.79 | Officer: Alright dude.. You got [U/I] |
| 19 | 0:10:21.15 | Officer: You gotta [U/I] |
| 20 | 0:10:22.68 | Greer: Come on! |
| 21 | 0:10:23.85 | Officer: Alright we're going.. |
| 22 | 0:10:24.72 | Officer: L-T... L-T... |
| 23 | 0:10:27.50 | Greer: Hey! |
| 24 | 0:10:28.19 | Officer: [U/I] |
| 25 | 0:10:31.48 | Officer: Relax, dude. |
| 26 | 0:10:32.81 | Officer: Just relax, man. |
| 27 | 0:10:33.36 | Officer: Relax. |
| 28 | 0:10:33.93 | Officer: You can give it a whole one. |

| | |
|---|---|
| 1 | 0:10:35.40  Officer: Just calm down |
| 2 | 0:10:40.24  Officer: [U/I] |
| 3 | 0:10:45.16  Officer: Very good. |
| 4 | 0:10:46.04  Officer: What's that? |
| 5 | 0:10:46.76  Officer: You okay? |
| 6 | 0:10:47.76  Officer: Yeah, how you doing? |
| 7 | 0:10:48.76  Officer: That's a big fuckin' dude. |
| 8 | 0:10:50.76  Officer: No kidding, dude |
| 9 | 0:10:53.12  Officer: No center's that big and I was like 'yeah that shit's |
| 10 | still burning dude. |
| 11 | 0:10:56.88  Officer: Okay, that's going up.. Go up a little.. |
| 12 | 0:11:00.44  Officer: Here let me get the.. You don't want to go too far, dude |
| 13 | 0:11:03.08  Officer: Are you good at this? |
| 14 | 0:11:03.92  Officer: About- that's good right there. |
| 15 | 0:11:06.32  Officer: Doing just fine, buddy |
| 16 | 0:11:07.45  Officer: Doing alright, bro? Take two deep breaths. |
| 17 | 0:11:08.60  Officer: Just laughing at us.. |
| 18 | 0:11:10.36  Officer: Okay.. You doing alright? |
| 19 | 0:11:14.20  Officer: Huh? |
| 20 | 0:11:15.68  Officer: I just talked .. |
| 21 | 0:11:17.68  Officer: Hey.. |
| 22 | 0:11:18.67  Officer: Right there behind you in front |
| 23 | 0:11:18.91  Officer: Roll him on his butt. |
| 24 | *0:11:20.07 Officer: Check the pocket* |
| 25 | 0:11:20.28  Officer: Right there behind you. |
| 26 | 0:11:21.00  Officer: Yeah, just roll him up |
| 27 | 0:11:22.06  Officer: That's very [U/I] |
| 28 | 0:11:23.08  Officer: Roll him over |

| | | |
|---|---|---|
| 1 | 0:11:23.73 | Officer: Here you go, man |
| 2 | 0:11:24.91 | Officer: You alright? |
| 3 | 0:11:27.80 | Officer: Slope up his knees |
| 4 | 0:11:29.24 | Officer: He's unconscious. |
| 5 | *0:11:30.07* | *Officer: [U/I] we're almost ready to clear* |
| 6 | 0:11:30.35 | Officer: You alright, dude? |
| 7 | 0:11:32.02 | Officer: Hey! Wake up! |
| 8 | 0:11:35.91 | Officer: Want to roll him up? |
| 9 | 0:11:36.84 | Officer: and yeah roll away the [U/I] |
| 10 | 0:11:38.51 | Officer: .. still got a pulse |
| 11 | 0:11:40.51 | Officer: Hey, how are you? |
| 12 | 0:11:43.88 | Officer: You hurt? Here. |
| 13 | 0:11:44.17 | Officer: I got it. |
| 14 | 0:11:46.68 | Officer: Come here with me. |
| 15 | 0:11:49.51 | Officer: I got, look those cuts |
| 16 | 0:11:52.08 | Officer: Right here? |
| 17 | 0:11:52.80 | Officer: Is he still unconscious or what? |
| 18 | 0:11:55.17 | Officer: Just try to do what [U/I] |
| 19 | *0:11:55.25* | *Officer: [U/I] He was just assisting, we're going to talk to him* |
| 20 | *shortly* | |
| 21 | 0:11:58.55 | Officer: Tonight. |
| 22 | 0:11:59.42 | Officer: I know I'm trying to get.. |
| 23 | 0:12:01.22 | Officer: It's not mine |
| 24 | 0:12:02.20 | Officer: Hey buddy, can you hear us? |
| 25 | 0:12:03.46 | Officer: People, people are parked. |
| 26 | 0:12:05.04 | Officer: Who? You okay? |
| 27 | 0:12:06.57 | Officer: Yeah. |
| 28 | 0:12:07.73 | Officer: Hey dude do you need medical eval? |

| | | |
|---|---|---|
| 1 | 0:12:10.22 | Officer: No. |
| 2 | 0:12:10.53 | Officer: Huh? |
| 3 | 0:12:10.88 | Officer: You need medical for you? Are you cool? |
| 4 | 0:12:11.95 | Officer: No. |
| 5 | 0:12:13.95 | Officer: Let me try it [U/I] lucky |
| 6 | *0:12:14.24* | *Officer: [U/I] advise that he's code four.* |
| 7 | 0:12:16.91 | Officer: He's a big boy |
| 8 | 0:12:18.17 | Officer: If you can hear us, wake up bud |
| 9 | 0:12:19.17 | Officer: [U/I] |
| 10 | 0:12:20.37 | Officer: I know. I know. There we go. |
| 11 | 0:12:23.48 | Officer: Oh, my radio's not even.. |
| 12 | 0:12:24.44 | Officer: James, James, James Greer |
| 13 | 0:12:25.48 | Officer: Yeah. |
| 14 | 0:12:26.57 | Officer: Here is his I.D. I was.. I eventually.. |
| 15 | 0:12:31.86 | Officer: [U/I] kicked.. |
| 16 | 0:12:33.17 | Officer: Oh, sorry though.. |
| 17 | 0:12:35.33 | Officer: Aw... |
| 18 | 0:12:38.66 | Officer: I'm rollin' by the way |
| 19 | *0:12:39.75* | *Officer: I'm too.. I am too. Just F.Y.I.* |
| 20 | 0:12:41.84 | Officer: Whew! |
| 21 | 0:12:42.26 | Officer: Ouch. Don't get your fingers stuck in handcuffs. |
| 22 | 0:12:45.24 | |
| 23 | 0:12:45.76 | Officer: Hey, Let's get together |
| 24 | 0:12:46.55 | Officer: Huh? |
| 25 | 0:12:46.80 | Officer: That's my blood, probably |
| 26 | 0:12:47.82 | Officer: No, I had his head it was going.. Grabbing, on the |
| 27 | ground. | |
| 28 | 0:12:50.46 | Officer: Oh is that your blood here? |

```
1    0:12:51.44   Officer: Yeah [U/I] blood over here

2    0:12:51.82   Officer: Oh, gotcha

3    0:12:55.73   Officer: Where's the L-T? [laughs] How's he' doing? [laughs]

4    0:13:00.06   Officer: Hey dude.. Hey, wake up, man.

5    0:13:01.66   Officer: Alright, paramedics are here. Let them..

6    0:13:01.83   Officer: Hey wake up man!

7    0:13:02.77   Officer: Right.. Need a smelling salt?

8    0:13:02.94   Officer: Alright, Paramedics are here

9    0:13:03.83   Officer: Yeah..

10   0:13:04.51   Officer:.. Like smelling salt...

11   0:13:04.86   Medic: What's going on?

12   0:13:06.44   Officer: .. for a car stop, started to do a F-S-T and the

13   cooperation level went down

14   0:13:07.08   Officer: That's a big dude, man.

15   0:13:13.22   Officer: [U/I] you goods on paper?

16   0:13:14.00   Officer: Huh?

17   0:13:15.22   Officer: You good on paper?

18   0:13:15.97   Officer: No. Rap. But other than that

19   0:13:16.28   Officer: Am I?  Yeah.

20   0:13:18.04   Officer: I am, yeah

21   0:13:18.75   Officer: Um, hey L-T, keeping this [U/I] for now?

22   0:13:24.28   Officer: You guys see him before?

23   0:13:25.10   Officer: It's not common.

24   0:13:26.04   Officer: I think that's his ring. I found it underneath the truck

25   when we were [U/I]

26   *0:13:29.07   Officer: [U/I] Fire is already over here working with the subject*

27   *and uh [U/I]*

28   0:13:30.17   Officer: Oh. Okay.
```

| | |
|---|---|
| 1 | 0:13:33.00  Officer: [U/I] what, what do you think? |
| 2 | 0:13:33.33 Officer: the mood ring, let's see what mood he's in. |
| 3 | 0:13:34.95  Officer: [laughs] black[laughs] |
| 4 | 0:13:39.28  Officer: Alright? You okay? |
| 5 | 0:13:42.66  Officer: Yeah |
| 6 | *0:13:43.20  Officer: I know but how's your hand?* |
| 7 | *0:13:43.96  Officer: You okay? Nice little adrenaline rush right there?* |
| 8 | 0:13:51.46  Officer: Well I ended up.. pulling him back and hitting my head |
| 9 | 0:13:52.35  Dispatch:  Point thirteen. Please be transferred. RP stating that |
| 10 | there's a subject on the San Francisco platform at 19th who is 647-F |
| 11 | 0:13:56.66  Officer: [U/I] |
| 12 | *0:13:57.75  Officer: Dude then why didn't you even tell me about that? Dude* |
| 13 | *that's important stuff* |
| 14 | *0:14:01.88  Officer: We're gonna get you checked out.* |
| 15 | 0:14:03.80  Officer: I'm alright |
| 16 | 0:14:05.15  Officer: Thanks a lot brother. |
| 17 | *0:14:05.33  Officer: No, we need to get you checked out dude.* |
| 18 | 0:14:06.11  Officer: Yeah, no problem guys. No problem man. |
| 19 | 0:14:09.55  Officer: You guys be safe. |
| 20 | 0:14:10.83  Officer: Yeah, you too |
| 21 | *0:14:18.26  Officer: I'm gonna go talk to fire real quick* |
| 22 | 0:14:30.97  Officer: You alright? |
| 23 | 0:14:31.77  Officer: [laughs] How are you L-T? |
| 24 | 0:14:33.77  Officer: Do you have a card we could.. |
| 25 | 0:14:35.25  Officer: Here's here's the guy's knife |
| 26 | 0:14:37.25  Officer: Okay, I was wondering where that went, because it threw |
| 27 | it out at one point. |
| 28 | 0:14:38.85  Officer: Yeah I, when I saw it was going south, I just tucked it |

1   *0:14:36.26   Officer: How's it going man?*

2   *0:14:36.74   Fire: Good, how you doing?*

3   *0:14:37.15   Officer: Hey, can't complain. I'm Johnny come lately, you know*

4   *0:14:40.19   Fire: Hey, It's all good*

5   *0:14:42.15   Officer: Hey partner will you do me a favor, man? Um, after you*

6   *guys are done checking on him, uh, my partner over there, while they were*

7   *wrestling with this dude he ended up banging his head on the back of dude's.*

8   *truck. Would you mind just checking him out? He was trying to say he's cool*

9   *but, just uh.*

10  *0:14:54.06   Fire: Okay.*

11  *0:15:55.06   Officer: Thank you and I appreciate it.*

12  *0:15:56.15 Fire: Do you want some.. do you want me to clean that up too?*

13  _____

14  0:14:44.79   Officer:  I'm gettin' older

15  0:14:46.45   Officer: I gave.. He had a ring and I think it was his. I gave it

16  to one of these guys over here.

17  0:14:50.05   Officer: He had about..

18  0:14:53.31   Officer: And I'm, I'm still rolling

19  *0:15:01.26   Officer: I'll go with you.*

20  0:15:03.77   Officer: Yeah I saw you and I saw you backed up. And I couldn't

21  get around my light and I just kept waiting and waiting.

22  0:15:15.37   Officer: And we got.. a ring?

23  *0:15:19.37   Officer: It is not your ring, right?*

24  0:15:20.80   Officer: No, it's his ring

25  0:15:21.37   Officer: Oh, Okay

26  *0:15:22.74   Officer: Okay, uh.. Why don't you go get some*

27  *alcohol swabs or something for your hand, too.*

28  0:15:26.34   Officer: Oh, well he has to do use of force for me?

```
1   0:15:28.91  Officer: Probably.

2   0:15:35.37  Officer: Four - Thirty-Two   [U/I] unit we'll need

3   to, uh, if he's not 97 yet he'll need to show up for use of force.

4   0:15:47.68  Officer: What did.... 10-4 my radio was off, and unplugged and..

5   0:15:55.37  Officer: Okay, where's your hat? That's why I..

6   0:15:58.28  Officer: I don't know

7   0:15:59.00  Officer: That's why.. 'cause you just, you just.. you just don't

8   look normal

9   0:16:00.28  Officer: I've got a bad.. Bad hair day! [laughs]

10  0:16:02.97  Officer: Write your report number up on top

11  0:16:04.57  Officer: Alright L-T.

12  0:16:06.57  Officer: Dude  let them, uh, look at your knuckles, man. Let them

13  take a look at your knuckles. Yeah

14  0:16:09.60  Officer: This is.. uh, I'm.. I'm rolling by the way. Do you want

15  me to turn it off?

16  0:16:13.25  Officer: Uh, yeah. That's fine

17  0:16:47:13  Officer:  You good?

18  0:16:53:11  Officer: You WRAP'ed it? [U/I]

19  0:16:55:15  Officer:  What's that? [U/I] yeah I know

20  0:16:58:29  Officer:  Strap these real quick

21  0:17:00:13  Fire: Watch, back. Yeah. You ready? Actually grab, hold on where

22  we going with it?

23  0:17:03:17  Fire: All right, up. Watch, back. Yeah. You ready? Actually

24  grab, hold on where we going with it?

25  0:17:04:05 Fire: All right, up

26  0:17:05:25 Officer:  Hey, take the [U/I] off, put mine on they're up

27  0:17:09:02 Officer:  yeah yeah
    Fire: All right 1-2-3.
28
```

| 1 | 00:17:13:25 Officer: There we go |
| 2 | 00:17:15:24 Officer: Well, there's the hat. I don't know if he's going to |
| 3 | want that back [laughs] [U/I] |
| 4 | 00:17:22:10 Officer: Yeah he was, he was using that as his pillow. |
| 5 | 00:17:25:10 Officer: Should we [U/I] |
| 6 | 00:17:38:04 [crosstalk] Officer: dark? [U/I] you hold on. [U/I] no |
| 7 | 00:17:52:08 Officer: And, un-WRAP him |
| 8 | 00:17:54:07 Officer: Rolling, just F.Y.I |
| 9 | 00:17:54:11 Officer: Rolling, just F.Y.I |
| 10 | 00:17:55:21 Officer: What? |
| 11 | 00:17:56:21 Officer: I'm hot. just F.Y.I. You don't have to, uh, you're |
| 12 | Johnny come lately. |
| 13 | 00:18:01:13 Officer: [U/I] |
| 14 | 00:18:03:17 Officer: Your skills were, were nice dude |
| 15 | 00:18:10:19 Officer: You should go say 'Hi. Hey Bill.' Here, did you see |
| 16 | how big this guy is? |
| 17 | 00:18:15:23 [CHEST COMPRESSIONS BEGIN] |
| 18 | 00:18:16:19 Officer: Oh man, yeah. He cut his hand up and banged his head |
| 19 | on the truck |
| 20 | 00:18:16:29 Officer: is this okay? |
| 21 | Officer: Oh man, yeah. He cut his hand up and banged his head on the truck |
| 22 | 00:18:22:08 Officer: Oh, that's not good. |
| 23 | 00:18:24:16 [U/I] Officer: I, yeah I don't know |
| 24 | 00:18:33:08 [crosstalk] Officer: You okay? |
| 25 | 00:18:39:24 Officer: Okay, hey, I told, I told fire to hang out and talk to |
| 26 | you, just so they can check your head and stuff. |
| 27 | 00:18:45:28 Officer: Well I don't even feel a lump |
| 28 | 00:18:47:14 Officer: Okay Well, it will take two seconds. |

```
1   00:18:50:22  Officer: The last thing, you need is.. You know, also have them
2   check your hand
3   00:18:55:25  Officer:  Dude, you're here. They're here.
4   00:18:57:25  Officer:  Alright?
5   00:18:58.00  Officer:  Yeah.
6   00:19:11:15  Officer:  [U/I] noncompliant when he got out [U/I] F-S-T
7   00:19:16:03  Officer:  Okay. I'm going green
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```