# EXHIBIT 9



BVB & ASSOCIATES
Expert Witness &
Consulting Services Police
Practices & Use of Force

1415 Fulton Rd., #205-013, Santa Rosa, CA 95403
Phone: (707) 529-8246  Fax: (707) 525-1273
E-Mail: bvbrodd@sonic.net

*Case Name: Greer v. City of Hayward and Bay Area Rapid Transit District*

*Case # CV3:15-cv-02307-WHO*

### I. QUALIFICATIONS

My name is Barry V. Brodd. I am a retired City of Santa Rosa (CA) Police Officer. I am a retired Adjunct Faculty Member with the Santa Rosa Junior College. I am currently the owner of BVB & Associates Expert Witness and Consulting Services.

I am an expert and consultant in the field of Law Enforcement, Police Officer Defensive Tactics, Police Officer Safety, Police Officer Tactics and Police Officer/Civilian Use of Force. I spent twenty-nine (29) years working as a Peace Officer and Field Instructor. I spent thirty-four (34) years as an Educator in the field of Law Enforcement.

From 1976 to 1982, I was employed as a Police Officer with the United States Park Police, a branch of the United States Department of the Interior. I was assigned to the Washington D.C. and San Francisco, CA field offices. I worked as a Patrol Officer with special assignments at various times. These special assignments included Defensive Tactics Instructor, Field Training Officer, Detective and Undercover Investigator on a joint municipal/federal drug task force.

From 1982 to 2004, I was employed as a Police Officer with the Santa Rosa Police Department. I worked as a Patrol Officer with special assignments at various times. These special assignments included Defensive Tactics Instructor, SWAT Team Leader, SWAT Team Member, Field Training Officer, Property Crimes Detective, Narcotics Detective, Street Crimes Officer, Motorcycle Traffic Officer, Patrol Team Leader (Corporal) and President of the Police Officers' Association.

Since 1978, I have taught hundreds of courses in Weapons, Defensive Tactics and Officer Safety to numerous private corporations and municipal, county, federal agencies.

From 1979 to April 2013, I have taught hundreds of courses at the Santa Rosa Junior College in the Administration of Justice Department. I have provided education and training in various police related courses. These courses include Use of Force, Chemical Agents, Responding to Active Shooter Incidents, SWAT Team Member Selection and Training, SWAT Team Operations, Crowd Control, Weapons Laws, Interviewing/Interrogation Techniques,

1

Introduction to Criminal Justice, Criminal Procedures, Search Warrant Preparation and Service, Less Lethal Munitions, Dispute Resolution and Introduction to Patrol.

My compensation is not dependent on the outcome of this litigation. I am compensated at the rate of $250.00 per hour for consulting services. I am compensated at the rate of $300.00 per hour for court proceedings or deposition testimony.

I have qualified as an expert in Use of Force, Police Tactics/Procedures and Crowd Control in United States District Courts (Northern, Eastern and Hawaii Districts), California Superior Courts, County Personnel Boards and Arbitration hearings.

**Attachments:** *curriculum vitae, FRCP Testimony experience*

## Scope of Engagement

I have been hired by Mr. Fulvio Cajina, Attorney at Law who represents the plaintiff Joseph Greer. I have been asked by Mr. Cajina to review the police reports, video, and other evidence and to render opinions and testimony regarding the appropriateness in the levels of force used in the detention and arrest of James Greer on May 23, 2014.

In connection with this request, I have reviewed:

1. All depositions in the case; and

2. All discovery produced by the City of Hayward and BART, including, but not limited to:

a. all reports of the incident (including witness and officer statements);

b. all videos and photographs of Mr. Greer's arrest;

c. all policies and procedures produced by the City of Hayward and BART; and

d. the personnel records produced for the officers.

e. WRAP training manual

f. CA POST Learning Domain #20 Use of Force

g. California Penal Code section 835a

h. U.S. Supreme Court decision: Graham v Connor

Based upon my review of the materials and my training and experience as a Police Officer at the Federal and Municipal levels for 29 years; my work as an expert

2

witness on police practices and use of force cases for 21 years; my work as an instructor on the use of force, police practices and laws of arrest for 34 years; I have reached the following opinions and conclusions beyond a reasonable degree of professional certainty. If I am provided with additional evidence or materials, I maintain the right to have additional opinions.

## Opinions and Conclusions

**Detailed Opinions**

1. Police Officers from the City of Hayward ("HPD") and the Bay Area Rapid Transit District ("BART PD") violated their training and standards of practice for police officers in California in their detention of James Greer on May 23, 2014 by, among other things, doing the following:

   a. Using a ECD (Taser) on a non-assaultive suspect a minimum of three times as he lay prone on the ground and being engaged by multiple officers;
   b. Using a ECD (Taser) on Mr. Greer simultaneously and without warning as he lay prone on the ground (as to Officer Lewandowski and Lt. Lutzinger) and being engaged by multiple officers;
   c. Failure of the officers engaged with Mr. Greer to coordinate their efforts or tactically plan the most efficient and reasonable methods to control the minimal and non-assaultive resistance demonstrated by Mr. Greer;
   d. Failure of Lt. Lutzinger and the officers engaged with Mr. Greer to realize that due to the amount of pressure applied to Mr. Greer's upper torso and Mr. Greer's physical stature it would have been extremely difficult for Mr. Greer to have placed his hands behind his back;
   e. Attempting to control Mr. Greer by intentionally and forcefully stepping on Mr. Greer's head while Mr. Greer was in a prone position on the pavement and being held down by a minimum of five officers;
   f. Employing a pressure point stimulation to the vicinity of Mr. Greer's neck with a collapsible baton;
   g. Applying prolonged and extreme pressure to Mr. Greer's torso while he lay in a prone position, which is a known and taught danger given that it can cause positional asphyxia – especially given Mr. Greer's body size, weight, level of exertion and apparent problems with his abdomen;
   h. Failing to recognize and properly react to signs of Mr. Greer's labored breathing as he lay prone on the ground;

3

i. Applying the WRAP device on Mr. Greer, who was handcuffed and did not appear to be combative, assaultive, threatening or attempting to escape;
j. Applying the WRAP without adhering to the requirements of HPD Policy 306 subsection 4 to constantly monitor Mr. Greer's breathing and/or vital signs and other symptoms of respiratory or cardiac distress.
k. Applying the WRAP device on Mr. Greer after he is seen to be unconscious and appeared to be in medical distress;
l. Failing to render medical aid immediately when Mr. Greer was in apparent medical distress;
m. Delaying and/or hindering the ability of EMS personnel to provide aid to Mr. Greer by applying the WRAP device on the decedent after he no longer posed a threat;
n. Failing to have a clear command structure or delineation of duties on the night of the event despite the fact that a lieutenant was on the scene;
o. Failing to take reasonable steps to de-escalate the situation before having it become a physical altercation; and
p. Failing to properly investigate, implement any changes, and/or discipline any officers in connection with the events of May 23, 2014.

To date I have been paid $5624.00 for my work on this case.

Signed: Barry V. Brodd

Date: 10/13/2016



BVB & ASSOCIATES
Expert Witness & Consulting Services
Police Practices & Use of Force

1415 Fulton Rd., #205-D13, Santa Rosa, CA 95403
Phone: (707) 529-8246   Fax: (707) 293-9391
E-Mail: bvbrodd@sonic.net

# FRCP Rule 26
## Barry V. Brodd
### Expert Witness Testimony Experience

1) 2012, Client: Ken Foley, Attorney/Case name: Dennis Sanfilippo v Calaveras County, (CA)
**Deposition testimony**

2) 2012, Client: Ken Foley, Attorney/Case name: Dennis Sanfilippo v Calaveras County, (CA)
**Trial testimony, United States District Court, Eastern District, Fresno, CA**

3) 2012, Client: Bert Carter, Attorney/Case name: Robinson v Alameda County, (CA),
**Deposition testimony**

4) 2013, Client: Steven Taxman, Attorney/Case name: State of CA v Deangelo Jackson,
**Trial testimony, State of California, Superior Court, County of Sonoma**

5) 2013, Client: Steven Taxman, Attorney/Case name: State of CA v Deangelo Jackson,
**CA Division of Motor Vehicles hearing testimony.**

6) 2013, Client: Attorneys Serra/Lerman/Figueroa, Case name: United States v Jose Gutierrez
**Trial testimony, United States District Court, Northern District, Oakland, (CA)**

7) 2013, Client: David Dibble, Attorney/ Case name: Hamer v Eureka, (CA) et al
**Deposition testimony**

8) 2013, Client: Russell Robinson, Attorney/Case name: Davidovich v County of San Mateo, (CA)
**Deposition testimony**

9) 2014, Client: Steven Taxman, Attorney/Case name: CA v Palmer
**Trial testimony, State of California, Superior Court, County of San Mateo**

10) 2014, Client: Wilcoxen/Callaham LLP/Case name: Thao v City of Merced, (CA)
**Deposition testimony**

11) 2014, Client: Steven Taxman, Attorney/Case name: CA v Turner
**CA Division of Motor Vehicles hearing testimony**

12) 2014, Client Bowles & Verna LLP, Cajina Law, Haley Law/Case name: Johnson et al v City of Vallejo (CA)
**Deposition testimony**

13) 2014, Client: Law Office of Russell Robinson/Case name: Kyles v City of Pittsburgh (CA)
**Deposition testimony**

14) 2015, Client: William Bowen, Attorney at Law/Case name: Spann v Grass Valley (CA) School District
**Deposition testimony**

15) 2015, Client: Julia Fox and Jonathan Murphy, Attorneys at Law Rains, Lucia and Stern LLP, PORAC Legal Defense Fund/Case name: County of Marin (CA) v Marin County Deputy Sheriff Evan Kubota
**County of Marin, CA Civil Service Commission Appeals Hearing Testimony**

16) 2015, Client: Maria Penn and Myles Breiner, Attorneys at Law, Case name: Salameh v Honolulu (HI)
**Arbitration hearing testimony, United States District Court, Hawaii District**

17) 2015, Client: Eloy Trujillo, James Farinaro and Jannik Catalano, Attorneys at Law, Case name: Velarde v Union City, (CA)
**Deposition testimony**

18) 2015, Client: Wagstaffe and Kerr LLP, Case name: Roberts v City of Turlock, (CA)
**Deposition testimony**

19) 2015, Client: Eloy Trujillo, Jannik Catalano and James Farinaro, Attorneys at Law, Case name: Velarde v Union City, (CA)
**Trial testimony, United States District Court, Northern District, San Francisco, CA**

20) 2016, Client: Steven Taxman, Attorney at Law, Case name: Castro v Union City, (CA)
**Deposition testimony**

21) 2016, Client: Michael Justice, Attorney at Law, Case name: Anderson/Martin v San Bernardino County (CA)
**Deposition testimony**

22) 2016, Client: Michael Justice, Attorney at Law, Case name: Anderson/Martin v San Bernardino County (CA)
**Trial testimony, California Superior Court, County of San Bernardino**



BVB & ASSOCIATES
Expert Witness & Consulting Services
Police Practices & Use of Force

1415 Fulton Rd., #205-D13, Santa Rosa, CA 95403
Phone: (707) 529-8246    Fax: (707) 293-9391
E-Mail: bvbrodd@sonic.net

## SUMMARY

Retired Police Officer with 29 years of law enforcement experience at the local and federal levels; 34 years of experience of teaching and training law enforcement officers at the local, state and federal levels; 19 years of experience as a private consultant dealing with law enforcement use of force issues and police procedures. Possess expertise in the areas of civilian and law enforcement self-defense, use of force incidents and police practices. Have provided both written opinions and courtroom testimony in numerous cases related to these three areas of expertise. Qualified as an expert in United States District Courts, California Superior Courts, Arbitration hearings and Civil Service Commissions.

## AREAS OF EXPERTISE

- Law Enforcement Use of Force Litigation
- SWAT Operations
- In-Custody Death Investigations
- Use of Force Policy Development and Review
- Law Enforcement Use of Force Training
- Police Practices and Procedures
- Civilian Self-Defense Cases

## EXPERIENCE

**1995 – Present**

**BVB & Associates, Expert Witness & Consulting Services**
**President/Owner**

Provide consultation and expert witness services to various Public Agencies and Private Law Firms as it relates to Wrongful Death litigation, Police Officer and Civilian Use of Force issues and Police Practices and Procedures.

**1979 – 2013**

**Santa Rosa Junior College, Administration of Justice Department**
**College Instructor**

Provided instruction in various Criminal Justice topics, including but not limited to, Use of Force, Chemical Agents, Managing Civil Disobedience, Weapons Law, Interview & Interrogation Techniques, Driving Under the Influence investigation, Traffic Collision Investigation, Criminal Procedures, Introduction to Criminal Justice, Laws of Arrest, Tactical Operations and the California Vehicle Code. Certified by CA POST as a Train the Trainer for Defensive Tactics Instructors.

Provide training for students enrolled in the Criminal Justice Program, Basic Police Academy Recruits, County Correctional Officer Academy Recruits, State Correctional Officer Academy Recruits, Probation Officers, National Park Service Ranger Academy Recruits and Advanced Officers attending perishable skills update training.

**1982 – 2004**     *Santa Rosa Police Department, Santa Rosa, CA*
*Police Officer*

Patrol Officer: Responded to a wide variety of calls for service. Duties also included utilizing interview and interrogation techniques, investigative skills, report writing skills and provided courtroom testimony.

Special Assignments:
- **Defensive Tactics Instructor, 22 years**
    - Certified new Police Officers
    - Provided in-service training to veteran Police Officers
    - Developed Use of Force Policies
    - Developed Lesson Plans

- **SWAT Team Member, 20 years**
    - Participated in approximately 100 SWAT missions
    - SWAT Team Leader for 16 years
    - As a SWAT Team Leader, planned approximately 75 SWAT missions and supervised Entry Team Members
    - Developed lesson plans for monthly/annual SWAT training

- **Field Training Officer, 8 years**
    - Provided training to Entry Level and Lateral Police Officers
    - Trained approximately 25 Police Officers

- **Property Crimes Detective, 4 years**
    - Investigated commercial and residential burglaries, fraud, embezzlement, receiving stolen property
    - Coordinated undercover and surveillance operations
    - Wrote search warrant and arrest warrant affidavits
    - Provided extensive courtroom testimony

- **Patrol Team Leader, 4 years**
    - Served as Acting Supervisor on an as needed basis
    - Presided over patrol briefings, reviewed/approved reports
    - Provided expertise to other Patrol Officers

- **Motorcycle Officer, 4 years**
    - Duties included traffic enforcement, accident investigation
    - Responsible for school presentations related to traffic safety, bicycle safety and other special events
    - Conducted Holiday Alcohol Enforcement Programs

- **Narcotics Detective, 2 years**
    - Investigated narcotics violations, worked undercover, developed informants, prepared search/arrest warrants.
    - Certified as an expert in drug sales/possession (Marin & Sonoma County Superior Court)

- **Street Crimes Officer, 2 years**
    - Investigated street level drug sales/gang activity
    - Responded to in-progress felony calls
    - Developed informants, prepared search/arrest warrants
    - Developed raid plans

Commendations/Certificates
1995 Police Officer of the Year, Santa Rosa Rotary Club
1995 Silver Meritorious Award for Outstanding Performance, Santa Rosa PD
1995 Gold Meritorious Award for Bravery, Santa Rosa PD
1998 Gold Meritorious Award for Bravery, Santa Rosa PD

Other Positions Held
*President*, Santa Rosa Police Officers' Association, 4 years
*Executive Board Member*, Santa Rosa Police Officers' Association, 16 years

POST Certificates
1983 Basic Certificate
1983 Intermediate Certificate
1983 Advanced Certificate

**1976 – 1982**     ***United States Park Police, Washington DC & San Francisco, CA***
***Police Officer***

Patrol Officer: Provided Law Enforcement services to National Parks. Deputized as a US Marshal to provide police services on federal land.

Special Assignments:
- **General Investigations, 1 year**

- **Narcotics Detective, Marin Major Crimes Task Force, 1 year**
  -Investigated Narcotics violations/major crimes in Marin County

- **Motorcycle Officer, 5 years**
  -General Traffic Enforcement

- **Defensive Tactics Instructor, 5 years**
  -Provided yearly training to the Western Region of the National Park Service

Other Duty Assignments:
- Washington D.C. - Participated in the Security Detail for the Inauguration of President Jimmy Carter
- Washington D.C. - Participated in the Security Detail for the visit by Pope John Paul III
- Fort Chaffe, AR – Provided Law Enforcement services to Cuban refugees incarcerated at a Federal Refugee Camp

---

## EDUCATION

2005   *Certificate, Labor/Management Relations*, University of CA at Davis, Davis, CA

2004   *Licensed Private Investigator*, State of CA

1979   *CA Community College Teaching Credential*, San Francisco State University
San Francisco, CA

1975    *Bachelor of Science Degree in Law Enforcement*, George Mason University
        Fairfax, VA

1973    *Associate in Applied Science Degree in Police Science*, Northern Virginia Community
        College, Annandale, VA

---

## PROFESSIONAL CERTIFICATIONS

FBI Defensive Tactics Instructor
CA POST Weaponless Defense Instructor
CA POST Impact Weapons Instructor
KOGA Institute Straight Baton Instructor
CA POST Crowd Control Instructor
CA POST Distraction Device Instructor
CA POST Verbal Judo Instructor
CA POST Chemical Agents Instructor
FBI Close Quarters Battle Instructor
CA POST Less Lethal Weapons Instructor
CA POST Oleoresin Capsicum Instructor
CA POST Expandable Baton Instructor
CA POST Rappel Master
FBI Psychology of Survival Instructor
CA POST Report Writing Instructor
CA POST Defensive Tactics Instructor Trainer
CA POST Defensive Tactics Instructor Update Trainer

## PROFESSIONAL TRAINING

2010    *Advanced Interview & Interrogation Course*, 40hrs
        Citrus Heights, CA

2009    *CA POST Academy Subject Matter Expert, Defensive Tactics Instructor Seminar*, 6hrs
        Costa Mesa, CA

2005    *CA POST 832PC Proctor Certification Course*, 8hrs
        Ukiah, CA

2003    *21st Century Terrorism Course*, 4hrs
        Sonoma County Sheriff's Department, Santa Rosa, CA

2003    *Peace Officers Research Association of CA Training Conference*, 19hrs
        Sacramento, CA

2002    *Officer Involved Shooting Investigator Course*, 16hrs
        Ventura County Sheriff's Department Training Center, Oxnard, CA

2002    *Field Training Officer Course*, 40hrs
        Contra Costa County Sheriff's Department, Concord, CA

2002　*Peace Officers Research Association of CA Training Conference*, 6hrs
　　　Sacramento, CA

2001　*ASP Expandable Baton Instructor Course*, 16hrs
　　　Golden West College, Huntington Beach, CA

2001　*Driving/Force Option Simulator Combination Course*, 8hrs
　　　Santa Rosa Public Safety Training Center, Santa Rosa, CA

2001　*Domestic Violence Update Course*, 4hrs
　　　Santa Rosa Police Department, Santa Rosa, CA

2001　*Peace Officers Research Association of CA Training Conference*, 7hrs
　　　Sacramento, CA

2000　*Law Enforcement & Military Tactical Rappel Training Course*, 8hrs
　　　International Special Operations Training, Santa Clara, CA

2000　*Peace Officers Standards and Training Symposium*, 24hrs
　　　Reno, NV

2000　*Advanced Officer Course*, 40hrs
　　　San Diego, CA

1999　*FBI Close Quarter Battle & Hostage Rescue Tactics Course*, 40hrs
　　　FBI Tactical Training Center, Monterey, CA

1999　*Advanced SWAT Course*, 16hrs
　　　Ft. Ord, Monterey, CA

1999　*FBI SWAT Team Commander Course*, 48 hrs.
　　　Alameda County Sheriff's Department, Santa Rita, CA

1999　*Peace Officers Research Association of CA Training Conference*, 15hrs
　　　Sacramento, CA

1999　*Instructor Development Course*, 40hrs
　　　Santa Rosa Public Safety Training Center, Santa Rosa, CA

1999　*Defensive Tactics Instructor Update Course*, 16hrs
　　　San Bernardino County Sheriff's Department, Upland, CA

1998　*FBI SWAT Team Leader Course*, 40 hrs.
　　　Alameda County Sheriff's Department, Santa Rita, CA

1998　*Advanced Officer Course*, 40hrs
　　　Santa Rosa Public Safety Training Center, Santa Rosa, CA

1998　*SWAT Advanced Rappelling Course*, 10hrs
　　　Criminal Justice Training Center, Golden West College, Huntington Beach, CA

1998　*Officer Safety & Field Tactics Course*, 40hrs
　　　Alameda County Sheriff's Office Regional Training Center, Pleasanton, CA

1997　*Less Lethal Impact Ammo Instructor Course*, 16 hrs.

        Sunnyvale Department of Public Safety, Sunnyvale, CA

1997   *Defensive Tactics Instructor Update Course*, 16hrs
        Santa Rosa Public Safety Training Center, Santa Rosa, CA

1997   *Peace Officers Research Association of CA Training Conference*, 14hrs
        Sacramento, CA

1997   *Peace Officers Research Association of CA Training Conference*, 6hrs,
        Sacramento, CA

1997   *Firearms Instructor Update*, 16hrs
        Sunnyvale Department of Public Safety, Sunnyvale, CA

1996   *Psychology of Survival Instructor Course*, 24hrs
        FBI/Fort Ord, Monterey, CA

1996   *Peace Officers Research Association of CA Training Conference*, 3hrs
        Sacramento, CA

1996   *Advanced Officer Course*, 40hrs
        Santa Rosa Public Safety Training Center, Santa Rosa, CA

1996   *12 Gauge Stun Bag Users Course*, 4hrs
        Chico Police Department, Chico, CA

1995   *Internal Affairs/Discipline Course*, 16hrs
        Peace Officers Research Association of CA, Sacramento, CA

1995   *Distraction Device Instructor Course*, 16hrs
        Sacramento Regional Training Center, Sacramento, CA

1995   *Advanced Officer Course*, 40hrs
        Santa Rosa Public Safety Training Center, Santa Rosa, CA

1995   *DOJ Economic Crime Investigation Course*, 36hrs
        San Jose City College, San Jose, CA

1995   *Arson/Explosive Investigation Course*, 40hrs
        Santa Rosa Police Department, Santa Rosa, CA

1995   *Pawnbroker & Secondhand Dealer Investigation Course*, 40hrs
        California Secondhand Dealer Investigators Association, Santa Ana, CA

1994   *Expandable Baton Instructor Course*, 16hrs
        Yuba College Police Academy, Marysville, CA

1994   *Advanced Officer Course*, 24hrs
        Santa Rosa Public Safety Training Center, Santa Rosa, CA

1994   *Advanced SWAT Course (3/94)*, 8hrs
        FBI/San Francisco Field Office, Alameda County Training Center, Pleasanton, CA

1994   *Advanced SWAT Course (8/94)*, 8hrs
        FBI/San Francisco Field Office, Alameda County Training Center, Pleasanton, CA

1994 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center Santa Rosa, CA

1994 *Community Oriented Policing*, 40hrs
Santa Rosa Police Department, Santa Rosa, CA

1994 *Impact Weapons Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1994 *Baton Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1994 *Fraud/Forgery Investigation Course*, 40hrs
Administration of Justice Bureau, San Jose State University, San Jose, CA

1994 *Criminal Investigation Course*, 40hrs
Criminal Justice Institute, Chapman University, Huntington Beach, CA

1994 *Search Warrant Course*, 24hrs
Central Coast Counties Police Academy, Gavilan College, Gilroy, CA

1994 *Pawnbroker & Secondhand Dealer Investigation Course*, 24hrs
California Secondhand Dealer Investigators Association, Fresno, CA

1993 *Aerosol Projector Instructor Course*, 8hrs
Defense Technology Training Academy, San Bruno, CA

1993 *FBI Psychology of Survival for Instructors Course*, 16hrs
Monterey Peninsula College, Monterey, CA

1993 *Field Training Officer Update Course*, 24hrs
Contra Costa Criminal Justice Training Center, Los Medanos College, Pittsburg, CA

1992 *Impact Weapons Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1992 *Advanced Officer Course*, 24hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1992 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1992 *Liability in Law Enforcement Course*, 8hrs
Sonoma County Sheriff's Department, Santa Rosa, CA

1992 *DOJ Stolen Property Fencing Investigation Course*, 40hrs
Sacramento Criminal Justice Training Center, Sacramento, CA

1992 *Verbal Judo Instructor Course*, 40hrs
The Verbal Judo Institute, Modesto, CA

1991 *Impact Weapons Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1991 *Report Writing for Instructors Course*, 40hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1991 *Chemical Agent Instructor Course*, 40hrs
San Diego County Sheriff's Dept. Training Center, Oceanside, CA

1991 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1991 *Protection of Public Officials Course*, 40hrs
Northern California Public Safety Training and Education Center, Sacramento City College, Sacramento, CA

1991 *Field Training Officer Course*, 40hrs
Evergreen Valley College, San Jose, CA

1990 *Crowd Control Instructor Course*, 40hrs
Napa County Regional Training Center, Vallejo, CA

1990 *Impact Weapons Instructor Course*, 80hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1990 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1990 *Behavior Analysis Interview & Interrogation Techniques Course*, 40hrs
Behavior Analysis Training Institute, Santa Rosa, CA

1989 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1989 *Advanced Officer Course*, 40hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1989 *Double Action Semi-Auto Pistol Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1988 *Advanced SWAT Course*, 16hrs
FBI/San Francisco Field Office, Alameda County Training Center, Pleasanton, CA

1988 *Rappel Master Training Course*, 48hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1988 *DOJ Drug Influence Course*, 24hrs
Gavilan College, Gilroy, CA

1988 *Legal Update Course*, 6hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1987 *FBI Defensive Tactics Instructor Update Course*, 24hrs
Coast Guard Island, Alameda, CA

1987 *Advanced Officer Course*, 40hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1987 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Training Center, Santa Rosa, CA

1987 *Skills & Knowledge Modular Training Course*, 16hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1986 *Arrest Control Techniques Course*, 24hrs
Koga Institute, San Jose City College, San Jose, CA

1986 *Skills & Knowledge Modular Training Course*, 12hrs
Santa Rosa Police Department, Santa Rosa, CA

1985 *Baton Techniques Instructor Course*, 40hrs
Koga Institute, San Jose City College, San Jose, CA

1985 *Defensive Tactics Instructor Update Course*, 16hrs
Santa Rosa Public Training Center, Santa Rosa, CA

1985 *Advanced SWAT Course*, 20hrs
FBI/San Francisco Field Office, Alameda County Training Center, Pleasanton, CA

1984 *Traffic Accident Investigation Course*, 40hrs
Criminal Justice Training Center, Modesto Junior College, Modesto, CA

1984 *FBI SWAT Basic Course*, 40hrs
Santa Rosa Public Training Center/Hamilton Air Force Base, Santa Rosa/Novato, CA

1984 *Defensive Tactics Instructor Course*, 48hrs
South Bay Regional Training Center, San Jose City College, San Jose, CA

1984 *Police Baton Instructor Course*, 40hrs
South Bay Regional Training Center, San Jose, CA

1984 *Motorcycle Officer Training Course*, 82hrs
CHP Academy, West Sacramento, CA

1984 *POST Seminar - Physical Training Course*, 8hrs
Sacramento, CA

1984 *POST Seminar - Physical Conditioning Program*, 7hrs
Sacramento, CA

1984 *Advanced Officer Course*, 40hrs
Santa Rosa Public Training Center, Santa Rosa, CA

1982 *DOJ Stolen Property Fencing Investigation Course*, 40hrs
Sacramento Criminal Justice Training Center, Sacramento, CA

1982 *Basic Police Academy*, 480hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1981 *Defensive Tactics Instructor Course*, 80hrs
Contra Costa Criminal Justice Training Center, Pittsburg, CA

1978 *FBI Defensive Tactics Instructor Course*, 80hrs
Santa Rosa Public Safety Training Center, Santa Rosa, CA

1977 Off Road Vehicle Operations, 40 hours
Federal Law Enforcement Training Center, Glynco, GA

1976 *Basic Police Academy*, 550hrs
Federal Law Enforcement Training Center, Glynco, GA

1975     Basic Correctional Officers Course, 200 hours
Northern Virginia Law Enforcement Training Center, Fairfax, VA

1975     Seasonal Police Officer Training Program, 40 hours
Ocean City, Maryland Police Department

**Professional Organizations**

Treasurer, Region 41, International Police Association
Member, Legal Defense Fund Expert Panel
Member, Peace Officers Association of California
Member, Retired United States Park Police Association
Former Member, Association of Law Enforcement Trainers
Former Member, National Tactical Officers Association
Former Member, California Association of Training Officers
Former Member, National Association of Field Training Officers
Former Member, All Faculty Association, Santa Rosa Junior College