# EXHIBIT 12

**United Forensic Services, P.C.**
Professional Forensic Autopsy & Consultation

Joseph I. Cohen, M.D., Forensic Pathologist | drcohen@forensiconline.com | www.forensiconline.com
448 Ignacio Blvd., Suite 325, Novato, California 94949 | 877.372.6436 Toll Free | 951.346.3245 Fax

October 16, 2016

Fulvio F. Cajina, Esq.
Law Offices of Fulvio F. Cajina
311 Oak Street, Suite 108
Oakland, California 94607

**RE: Death Investigation of James Nathan Greer**

Dear Mr. Cajina:

I have received the following materials pertaining to the death investigation of James Nathan Greer:

Hayward Fire Department Incident Report
Paramedics Plus Patient Care Report
St Rose Hospital Emergency Department records
Scene photographs
Hospital photographs
Autopsy photographs
Miscellaneous photographs (clothing, police officers, vehicle)
Coroner Investigator's Report, Alameda County Sheriff's Office
Autopsy Protocol, Coroner's Bureau
Histological Examination, Coroner's Bureau
Toxicology Report, Central Valley Toxicology, Inc.
Case and Case Supplement Reports, Hayward Police Department
Police videos, incident scene
Audio files (911, radio traffic)
Audio and videotaped interviews (Abello, Clark, Cosgriff, Covarrubias, Delira, Hendricks, Lewandowski, Lutzinger, McAdams, Spillner, Tong, Tougas, Tran, Waters, Yarbrough, Frias)
Deposition of Brain Lewandowski
Deposition of Jeff Lutzinger
Deposition of Norman McAdams
Deposition of Thomas Wayne Rogers, M.D.
Deposition of Bill L. Posey
Deposition of Cuitlahuac Frias
Deposition of Todd Hendricks
Declaration of Kent R. Olson
Defendant City of Hayward's Responses to Plaintiff Joseph James Greer's Request for Production of Documents, Set One
Defendant City of Hayward's Responses to Plaintiff's Special Interrogatories, Set No. 1
Certificate of Death, James Nathan Greer

**Case Summary:**

James Nathan Greer was a 46-year-old man who collapsed during a physical confrontation with members of law enforcement following a traffic stop. He was transported by paramedics to the St. Rose Hospital emergency room where he was pronounced deceased. An autopsy examination was performed at the Coroner's Bureau of the Alameda County Sheriff's Office.

**Scene/Incident Investigation:**

The incident commenced with a routine traffic stop in a parking lot. Police officers approached Mr. Greer's vehicle. Mr. Greer exited the vehicle. He appeared calm and somewhat fearful, asking what he had done wrong. Officers performed a brief body search and began to assess him for sobriety. After several minutes, Mr. Greer became more fearful, appearing somewhat agitated, and began to meander slightly while ignoring sobriety commands. Officers approached him and a scuffle ensued, and after a minute or so, he was face down on the pavement. Mr. Greer repeatedly asked "What are you doing?" while officers attempted to restrain and cuff him. Within a minute or so of being in the prone position, officers utilized a conductive electrical device. At least one additional application of the conductive electrical device occurred 15 seconds later. Officers continued in their attempts to handcuff Mr. Greer. Mr. Greer continued to resist the officers while they applied continuous force to his posterior torso, placed a foot on his head to keep it against the pavement, and placed a collapsible baton against his neck. Mr. Greer gradually became labored in his breathing, and physically weakened. At one point, one officer indicated a plan to roll him over, though this did not occur for another minute or two. Once rolled to a supine position (now handcuffed), he was noted to be unresponsive with cyanotic lips. Several officers began to assess him, telling him to "wake up." Other officers chatted and checked on the condition of their colleagues. Mr. Greer remained unconscious. The time interval between the onset of the physical confrontation and Mr. Greer's loss of consciousness was approximately 8 minutes.

Paramedic first responders ("E2") found Mr. Greer unresponsive to painful stimuli with agonal respirations. According to the Patient Care Report, responders from Paramedics Plus were dispatched at 10:54 PM, were en route at 10:55 PM, arrived at the scene at 10:57 PM, and made patient contact at 11 PM. They found Mr. Greer sitting on the ground, in handcuffs and a "wrap," unresponsive. His pupils were fixed and dilated, and he was pulseless and apneic. The initial cardiac rhythm showed "slow pulseless electrical activity." Mr. Greer was transferred to the ambulance via gurney. At this point, the cardiac monitor showed asystole. Paramedics departed the scene at 11:15 PM, and arrived at the hospital's emergency room at 11:23 PM. During the performance of CPR, the rhythm transiently showed sinus bradycardia, though he was asystole upon arrival at the emergency room.

Mr. Greer was transported to the St. Rose Hospital's emergency department. The hospital records list the admitting time as 11:26 PM. Mr. Greer arrived in cardiac arrest. The King tube that was previously placed by paramedics was removed and replaced by an endotracheal tube. Advanced cardiac life support was continued, though there was no return of spontaneous circulation. He was pronounced deceased at 11:49 PM, and his body was released to the Coroner.

**Autopsy Examination:**

An autopsy examination was performed on May 27, 2014 at the Coroner's Bureau. Mr. Greer measured 71 inches and weighed 380 pounds. He was clad in a blood stained, white T-shirt. Slight postmortem putrefaction consisting of marbling and green discoloration was noted. An intraosseous catheter was in place on the left leg. Multiple heart monitoring pads were present on the torso. An intravenous catheter was inserted through the left antecubital region. An endotracheal tube was present. An intravascular catheter was on the right hand.

External injuries consisted of a 1/2 inch abrasion on the left side of the forehead, small abrasions on the right forearm, abrasions on the dorsal aspects of the right little and middle fingers, a small abrasion on the dorsal aspect of the right wrist, several minute abrasions on the medial right wrist, minute abrasions on the left forearm, a small abrasion on the lateral aspect of the left wrist, a small abrasion on the lateral aspect of the right knee, a 2 inch abrasion on the right leg, a subtle 1/2 inch abrasion on the distal left thigh, a 1/8 inch abrasion on the lateral aspect of the left side of the torso, and two small contusions over the left iliac crest.

Subconjunctival edema was present, without mention of ocular petechial hemorrhage. There were no injuries to the neck. An oval area of dark discoloration on the mid anterior chest was noted, consistent with resuscitative measures. The abdomen was obese. An indentation measuring 3/8 inch in width was on the left wrist, less visible on the anterior aspect. A conductive electrical device probe was present in the left lower back. On the left lower back, above the buttocks, were two red, approximate 1/4 inch skin defects containing possible punctures.

The internal examination revealed focal adhesions within the abdominal cavity. The heart weighed 600 gm. The heart displayed four chamber dilatation. Coronary atherosclerosis was not appreciated. The left and right lungs weighed 720 gm and 850 gm, respectively. The cut surfaces were described as prominently congested and edematous. The stomach was empty. The urinary bladder contained 50 cc of urine. The remaining organs were unremarkable.

A layered neck dissection revealed absence of strap muscle hemorrhage or injury to the cartilages of the neck. Incisions were made over the wrists, revealing absence of subcutaneous hemorrhage within the right wrist, and areas of subcutaneous hemorrhage within the left wrist.

Scalp hemorrhage was noted over left fronto-temporal, right frontal, and right temporal regions, the largest of which was a 4 inch area of hemorrhage on the left frontotemporal area. There were no reported skull fractures, intracranial hemorrhages or injuries to the brain. No skeletal injuries were reported.

**Toxicological Examination:**

A postmortem femoral blood sample was submitted for toxicological evaluation. Phencyclidine was detected with a concentration of 0.596 mg/L.

**Histological Examination:**

Representative tissue samples were submitted for microscopic evaluation. Pertinent findings included pulmonary edema and steatosis of the liver. At the time of this writing, histology slides have not been reviewed by the undersigned.

**Death Certification:**

The final death certification lists the cause of death as "acute phencyclidine intoxication associated with physical exertion." The manner of death is listed as "accident."

**Opinions:**

Marked suffusion of the head, neck and upper torso is readily apparent in photographs of Mr. Greer, though this is not mentioned in the autopsy report. This is indicative of antemortem compression of the torso with the development of relative hypoxia. For this reason, Mr. Greer developed labored breathing and the perception of air hunger due to impediment of breathing and inadequate exchange of air with the environment.

Hypertensive heart disease predisposed Mr. Greer to cardiac dysrhythmias; the risk of cardiac dysrhythmia was enhanced in the face of physical exertion and emotional distress, during the physical confrontation and restraint maneuvers of the police officers.

Phencyclidine intoxication provided a physiologic contribution to his death, in the face of the physical confrontation, though death would not have occurred at that particular time in the absence of a confrontation.

The Coroner's death certification places inappropriate emphasis on phencyclidine toxicity by listing it as the primary cause of death. The certification underplays the significance of the confrontation with police by simply mentioning "physical exertion" and ignoring the significant physiologic effects of the police restraint procedures including the application of substantial, sustained force on Mr. Greer's back while he was in a prone position.

A fair and accurate cause of death certification is listed as follows:

**Cause of death:** Cardiorespiratory arrest (minutes) due to Sustained Hypoxia (minutes) due to Prolonged Physical Confrontation and Restraint by Law Enforcement (minutes)

**Other significant contributing factors:** Hypertensive Cardiovascular Disease; Obesity; Phencyclidine Intoxication.

The manner of death is most appropriately classified as "homicide (death in the hands of other(s))."

The mechanism of death is multifactorial, and includes minutes of sustained relative hypoxia consequent to restraint maneuvers and compression of torso with inability to adequately exchange air, the subsequent development of cardiac dysrhythmias due to underlying hypertensive cardiovascular disease, and the adverse physiologic effects of phencyclidine toxicity.

The prolonged physical confrontation with law enforcement set in motion the sequence of events that ultimately resulted in Mr. Greer's death. But for the confrontation, death would not have occurred at that time.

Mr. Greer suffered emotional and physical pain by way of the sustained physical confrontation with police officers, lasting over many minutes. The nature of physical pain was primarily due to the impediment of respirations due to the application of restraint and physical forces exerted by police officers to his back while in a prone position.

The time interval between the moment that Mr. Greer was rolled (comment: and first noted by police officers to be unconscious) and the implementation of cardiopulmonary resuscitative efforts by paramedics was approximately 7 minutes. This substantial delay was due to, though not necessarily limited to, the failure of police officers to realize Mr. Greer's critical status in a timely fashion, the delay in allowing paramedic access to Mr. Greer, and obstacle for paramedics to initiate resuscitative attempts once they reached him (e.g., the time required to remove the body WRAP). During this delay, Mr. Greer transitioned from a state of agonal breathing with impending respiratory arrest (comment: according to one police officer, Mr. Greer had a carotid pulse once he was rolled to the supine position) to cardiac arrest. The initiation of life support measures in a timely fashion (e.g., within a couple of minutes of Mr. Greer's loss of consciousness), more likely than not, would have averted cardiac arrest and saved Mr. Greer's life. Delay in rolling Mr. Greer from the prone to supine position accelerated the progression to respiratory failure and thereby contributed to his death.

During the confrontation, Mr. Greer did not show any offensive or assaultive behavior toward the police officers.

The undersigned does not intend to offer standard of practice opinions as they relate to the policies and procedures of law enforcement.

My aforementioned opinions are stated to a reasonable medical and scientific certainty.

Thank you very much for allowing me to participate in this death investigation. Feel free to contact me in the event that you have any questions or concerns.

Sincerely yours,

Joseph I. Cohen, M.D.

United Forensic Services, P.C.
Professional Forensic Autopsy & Consultation

Joseph I. Cohen, M.D., Forensic Pathologist | drcohen@forensiconline.com | www.forensiconline.com
448 Ignacio Blvd., Suite 325, Novato, California 94949 | 877.372.6436 Toll Free | 951.346.3245 Fax

RECENT TESTIMONIALS IN TRIAL/DEPOSITION (10-16-16):

Consultation and Trial Testimony, People of the Territory of Guam v. Anthony Flores, Videoconference Trial Testimony, 06-15-11.

Consultation and Testimony, Tasior vs. Hurley, M.D., et al., Circuit Court of Cook County, Illinois, Deposition Testimony, 02-21-12, Trial Testimony, 10-15-12, on Behalf of Plaintiff Counsel.

People v. Flores, Superior Court of the State of California, County of Napa, Preliminary Hearing Testimony, 07-17-12.

Green v. County of Riverside, Superior Court of the State of California (County of Riverside), Deposition Testimony, 01-15-13

Bodkin v. Costa Victoria Healthcare, LLC, et al., Superior Court of the State of California (County of Orange), Deposition Testimony, 03-13-13.

Consultation and Testimony, Lewis, et al. v. Malik, et al., Superior Court of the State of California (County of San Bernardino), Deposition Testimony, 03-28-13, on Behalf of Defense Counsel

Consultation and Courtroom Testimony, People of the State of California v. Robert DeLeon, Superior Court of the State of California (County of Monterey), Trial Testimony, 04-18-13, on Behalf of Defense Counsel.

People of the State of California v. Garcia, Superior Court of the State of California (County of Riverside), Trial Testimony, 06-06-13.

Consultation and Courtroom Testimony, People of the State of California v. Naso, Superior Court of the State of California (County of Marin), Trial Testimony, 07-08-13.

Green v. County of Riverside, Superior Court of the State of California (County of Riverside), Trial Testimony, 08-05/08-13.

People of the State of California v. Curtis Drake, Superior Court of the State of California (County of Riverside), Trial Testimony, 09-17-13.

Consultation and Courtroom Testimony, People of the State of California v. Ryann Lynn Jones, Superior Court of the State of California (County of Tulare), Trial Testimony, 12-04-13, on Behalf of Tulare County District Attorney

People of the State of California vs. Hernandez, Superior Court of the State of California (County of Napa), Preliminary Hearing Testimony, 03-20-14.

People of the State of California v. Perez, Superior Court of the State of California (County of Riverside), Courtroom Testimony, 04-02-14

People of the State of California v. Robyn Gevas, Superior Court of the State of California (County of Napa), Trial Testimony, 05-20-14.

People of the State of California v. Klingman, Superior Court of the State of California (County of Napa), Trial Testimony, 06-11-14

People of the State of California v. Neville, Superior Court of the State of California (County of Marin), Trial Testimony, 06-13-14.

Consultation and Testimony, Perry v. Thomas, et al., Superior Court of the State of California, County of Riverside, Deposition Testimony, 09-08-14, on Behalf of Plaintiff Counsel

Consultation and Courtroom Testimony, People of the Territory of Guam v. Agababa, Trial Testimony, 10-28-14, on Behalf of Defense Counsel.

Consultation and Courtroom Testimony, Johnson v. City of Vallejo, United States District Court, Eastern District of California, Deposition Testimony, 10-30-14, on Behalf of Plaintiff Counsel

Consultation and Testimony, Perry v. Thomas, et al., Superior Court of the State of California, County of Riverside, Courtroom Testimony, November, 2014, on Behalf of Plaintiff Counsel

Consultation and Testimony, Pavatt v. Patton (Lethal Injection Litigation), United States District Court for the Western District of Oklahoma, Videoconference Testimony, Preliminary Injunction Hearing, 12-17-14.

People v. Johnson Gibbs, Superior Court of the State of California, County of Marin, Trial Testimony, 03-18-16

Gordon vs. County of Orange, United States District Court for the Central District of California (San Francisco), Deposition 03-19-15.

Consultation and Courtroom Testimony, People v. Jimenez and Castro, Superior Court of the State of California, County of Santa Barbara, Trial Testimony, 12-14-15.

People v. Conkright, Superior Court of the State of California, County of Napa, Trial Testimony, 04-25-16.

Camargo, Sr., et al. v. Brim Healthcare, Inc., et al. (Reference Orange County Coroner Autopsy 13-03655-SH), Superior Court of the State of California, County of Riverside, Deposition 04-26-16

Consultation and Courtroom Testimony, People v. Travis Woolf, Superior Court of the State of California, County of San Luis Obispo, Trial Testimony 05-20-16, on Behalf of Defense Counsel

Consultation and Courtroom Testimony, People v. Timothy Smith, Superior Court of California, County of San Joaquin, Trial Testimony 06-02-16, on Behalf of Defense Counsel

People v. Flores, Superior Court of the State of California, County of Napa, Trial Testimony, 06-03-15.

People v. Kimberly Long, Superior Court of the State of California (County of Riverside), Trial Testimony, on Behalf of Riverside County District Attorney

People of the State of California vs. Shaffer, Superior Court of the State of California (County of Napa), Preliminary Hearing Testimony, 06-11-15.

People v. A Better Tomorrow Treatment Center, et al., Superior Court of the State of California (County of Riverside), Grand Jury Testimony 07-15-15, on Behalf of State of California, Department of Justice

Consultation and Courtroom Testimony, Magnolia Gardens v. California Department of Public Health, Superior Court of the State of California, County of Los Angeles (Central District), Trial Testimony, 08-03-16, on Behalf of Plaintiff Counsel

Consultation and Courtroom Testimony, People v. Sumagang, Superior Court of the State of California (County of Monterey), Trial Testimony, 08-24-16, on Behalf of Defense Counsel

People v. McCausland, et al., Superior Court of the State of California (County of Riverside), Trial Testimony 09-14-16, on Behalf of State of California, Department of Justice

People of the State of California vs. Hernandez, Superior Court of the State of California (County of Napa), Trial Testimony, 10-11-16.

United Forensic Services, P.C.
Professional Forensic Autopsy & Consultation

Joseph I. Cohen, M.D., Forensic Pathologist | drcohen@forensiconline.com | www.forensiconline.com
448 Ignacio Blvd., Suite 325, Novato, California 94949 | 877.372.6436 Toll Free | 951.346.3245 Fax

STATEMENT OF COMPENSATION:

My hourly rate for all work completed, including document review, preparation of written reports, telephonic or other discussion, deposition and trial preparation, deposition and trial testimony, and travel time is 600.00/hour. To date, I have spent approximately 10 hours working on this case, to include document review and preparation of a written consultation report.

Joseph I. Cohen, M.D.
Forensic Pathologist
October 16, 2016

**United Forensic Services, P.C.**
Professional Forensic Autopsy & Consultation

**Joseph I. Cohen, M.D., Forensic Pathologist**
**President, United Forensic Services, P.C.**

**California (Mailing Address):**
448 Ignacio Blvd., Suite 325
Novato, California 94949

**New York:**
10 West Street, Suite 29E
New York, New York 10004

(877) 372-6436 Toll Free
(951) 346-3245 Fax
Email: drcohen@forensiconline.com
Website: www.forensiconline.com

# Joseph I. Cohen, M.D., Forensic Pathologist

***Personal Data***

Name: Joseph I. Cohen, M.D.

Birthplace: Los Angeles, CA

Citizenship: USA

***Family***

Married

***Education***

- Phoenix Central High School (Phoenix, AZ)
- University of Arizona, B.S., Biology (Tucson, AZ)
- Medical College of Wisconsin, M.D., 1986 (Milwaukee, WI)

***Professional experience***

- Forensic Pathologist/President, United Forensic Services, P.C., Professional Forensic Autopsy and Consultation (August, 2010)
- Chief Forensic Pathologist, Riverside County Sheriff-Coroner, Perris, CA (July, 1999 to August, 2010)
- City Medical Examiner, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY 10016 (July, 1995 to June, 1999)
- Subspecialty Fellowship Training, Forensic Pathology, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY

10016 (July, 1994 to June, 1995)

- Resident, Anatomic and Clinical Pathology, Department of Pathology, University of California, Irvine, Orange, CA (July, 1990 to June, 1994)
- Manager, ACE (Travel Sales), Trump Tower, New York, NY (November, 1988 to June, 1990)
- Account Executive, ACE (Travel Sales), Newport Beach, CA (June, 1987 to November, 1988)
- Surgical Resident, Department of Surgery, Maricopa Medical Center, Phoenix, AZ (June, 1986 to June, 1987)
- Chief Resident, University of California, Irvine Affiliated Pathology Residency Program, Orange, CA (July, 1992 to June, 1994)

***Additional professional activities, past and present***

- Clinical Assistant Professor of Forensic Medicine, New York University School of Medicine, New York, NY (July, 1994 to June, 1999)
- Clinical Assistant Professor of Forensic Medicine, University of California, Irvine School of Medicine, Orange, CA (current)
- Assistant Clinical Professor, Department of Pathology and Human Anatomy, Loma Linda University School of Medicine, Loma Linda, California (current)
- Member, California State Child Death Review Council (February, 2005 to present)
- Member, National Advisory Board, Interagency Council on Child Abuse and Neglect/National Center on Child Fatality Review
- Member, Child Death Review Team, Riverside County, CA
- Member, Trauma Audit Committee, Riverside County Emergency Medical Services Agency, at Riverside County Regional Medical Center
- Member, Fetal Infant Mortality Review, Riverside County, CA
- Forensic pathologist consultant to Orange County District Attorney, performing autopsies on select law enforcement related fatalities, Orange County, California
- Forensic medicine consultant, senior law student "mock" trials, Trial Advocacy Course, Fordham Law School, New York, NY
- Medicolegal scene investigations, part-time, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY

- Administrative Editor, Practical Reviews in Forensic Medicine and Sciences, Jointly Sponsored by Albert Einstein College of Medicine & Montefiore Medical Center, and Educational Reviews, LLC

- Medical Examiner, Part-time, Office of the Medical Examiner, Suffolk County, Long Island, NY (December, 1995 to 1999)

- Pathology consultant, Arizona Board of Medical Examiners, State of Arizona

- Performed autopsy examinations, TWA 800 airline crash, Office of the Medical Examiner, Suffolk County, Long Island, NY (July, 1996)

- Forensic medicine consultant, Deer Valley High School Mock Trial Team, Glendale, Arizona (1997 National Mock Trial Champions, aired on Court TV, June 21, 1997)

- Junior Member, College of American Pathologists (Pathology Residency)

- Junior Member, American Society of Clinical Pathologists (Pathology Residency)

- California Representative, National Residents Forum, College of American Pathologists (Pathology Residency)

***Lectures and presentations***

- Guest speaker, Pediatric Residency Program, Phoenix Children's Hospital, "Human Immunodeficiency Virus," Phoenix, Arizona, March 12, 1992

- Presentation, California Medical Association's Western Scientific Assembly, "Residency Selection and Career Planning," Disneyland Hotel, Anaheim, California, February 28, 1993

- Guest speaker, Arson Investigation Course, Mercy College, "Role of the Medical Examiner in Arson Investigation," White Plains, New York, March 6, 1997

- Monthly Presentation, "Craniocerebral Trauma," Medical Student and Resident Lecture Series, Office of Chief Medical Examiner, City of New York, 520 First Avenue, New York, NY (through June, 1999)

- "Careers in Forensics," University of California, Riverside, Career Services Center, 12:00PM-1:00PM, Thursday, October 28th, 1999 @ Science Library, University of California, Riverside, Riverside, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Friday, April 7th, 2000 @ Newport Sheraton Hotel, Newport Beach, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 1:00PM-3:00PM, Friday, April 7th, 2000 @ Newport Sheraton Hotel, Newport Beach, CA

- "Pediatric Forensic Pathology: Challenges in Death Certification," Inter-Agency Council on Child Abuse and Neglect (Child Death Review Team Training, June 22-23, 2000) @ Palm Springs Hilton, Palm Springs, CA

- "The Role of the Forensic Pathologist in Death Investigations," Coachella Valley Forensics Group, 10:00AM-12:00PM, Wednesday, June 28th, 2000 @ Dr. Don Kenny Center, 47-336 Oasis Street, Room 17A, Indio, CA (invitation, Riverside County District Attorney)

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 1:00PM-2:00PM, Thursday, September 28th, 2000 @ Radisson Hotel, Newport Beach, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 2:00PM-4:00PM, Thursday, September 28th, 2000 @ Radisson Hotel, Newport Beach, CA

- "Homicide or Fatal Misfortune? Getting the Most from the Forensic Pathologist's Report," 2000 Science for Trial Lawyers Seminar, Co-Speaker, 9:00AM-10:30AM, October 21st, 2000 @ Radisson Hotel Berkeley Marina, Berkeley, CA (invitation, California Attorneys for Criminal Justice)

- "Direct and Cross Examination of a Pathologist in a Criminal Case: People v. Horace Johnson," Inns of Court, 6:00PM-7:00PM, Tuesday, January 16, 2001 @ Embassy Suites Hotel, Palm Desert, CA (invitation, Riverside County District Attorney East)

- "The Diallo Case," Forensic Science Seminar, Department of Coroner, Forensic Medicine Division, Los Angeles County, 2:30PM-3:30PM, Thursday, January 18th, 2001 @ Los Angeles County Department of Coroner

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-11:00AM, Tuesday, March 6th, 2001 @ Radisson Hotel, Newport Beach, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, March 6th, 2001 @ Radisson Hotel, Newport Beach, CA

- "Introduction of Forensic Pathology," University of California, Riverside, Introduction to Toxicology Class, 4:00PM-5:00PM, March 9th, 2001 @ Riverside County Sheriff-Coroner, Perris, CA

- "The Identification of Missing/Unidentified Persons", The Department of Justice Forensic Laboratory, 8:30AM-4:00PM, Wednesday, March 28th, 2001 @ Academy of Justice Auditorium, Riverside, CA (seminar attended)

- "Direct and Cross Examination of a Pathologist in a Criminal Case: People v. Horace Johnson," Inns of Court, 7:00PM-8:00PM, April

25th, 2001 @ Teen Challenge, Riverside, CA (invitation, Riverside County District Attorney West)

- "Careers in Forensics," University of California, Riverside, Career Services Center, 12:00PM-1:00PM, Friday, April 27th, 2001 @ Science Library, University of California, Riverside, Riverside, CA

- "The JonBenet Ramsey Case", Dateline NBC Interview, Katie Couric Special, aired May 8, 2001

- Guest, Vital Statistics Meeting, July 24th, 2001, Riverside County Community Health Agency, Department of Public Health, Riverside, CA (by invitation)

- "Careers in Forensics," University of California, Riverside, Career Services Center, 12:00PM-1:00PM, Friday, October 19th, 2001 @ Science Library, University of California, Riverside, Riverside, CA

- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM-9:00AM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM-10:00AM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-11:00AM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, November 6th, 2001 @ Hampton Suites, Garden Grove, CA

- "Introduction to Forensic Pathology," Grand Rounds, Annenberg Center for Health Sciences, 12:00PM-1:00PM, Thursday, January 3, 2002 @ Eisenhower Medical Center, Rancho Mirage, CA

- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM-9:00AM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM-10:00AM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-11:00AM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, March 5th, 2002 @ Hampton Suites, Garden Grove, CA

- "Perinatal Drugs, Sudden Infant Death Syndrome, and Child Abuse," 13th Annual Perinatal Conference, Sponsored by Parkview Community Hospital Medical Center, 8:00PM, March 14th, 2002 @ Mission Inn, Riverside, CA

- "Hospital vs. Forensic Autopsies, and Death Certification," Grand Rounds, @ Riverside County Regional Medical Center, 12:00PM-1:00PM, Wednesday, July 10, 2002, Moreno Valley, CA
- "Interesting Case Studies," California State Coroners' Association Annual Meeting, Wednesday, September 18, 2002, Orange County, CA
- "Challenges and Advances in Pediatric Death Investigation," Inter-Agency Council on Child Abuse and Neglect, Statewide Training, Oakland, CA, October 11, 2002
- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM-9:00AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA
- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM-10:00AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA
- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM-10:30AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA
- "Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:30AM-11:00AM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA
- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM-12:00PM, Tuesday, October 29, 2002 @ Hampton Suites, Garden Grove, CA
- "Bridging Lives: The Process of Organ and Tissue Donation," Presented in Conjunction with One Legacy on Tuesday, December 3, 2002 to the Medical Staff @ Inland Valley Medical Center, Wildomar, CA
- "Investigation of Infant & Child Fatalities," Riverside County District Attorney, Sexual Assault/Child Abuse Unit, 1:30PM, February 25, 2003
- "Mortality in Young People," Presented to the Kaiser Permanente Riverside, OB/GYN Department Educational Meeting, 1:30 – 2:30PM, on Thursday, March 13, 2003 @ Kaiser Riverside, CA
- "Pediatric and Fetal Deaths," Orange County Sheriff-Coroner Basic Death Investigation Class, 1:00 – 2:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA
- "Child Abuse and Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 2:00 – 3:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA
- "Firearm Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 3:00 – 4:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 4:00 – 4:30PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 4:30 – 5:00PM, Friday, March 21, 2003 @ Hampton Suites, Garden Grove, CA

- "Forensic Pathology," Loma Linda University Medical Center, Department of Pathology and Human Anatomy Grand Rounds, 7:30 – 8:30AM, May 7, 2003, Loma Linda, CA

- "Intriguing Forensic Cases," California State Division, International Association for Identification, 87th Annual Educational Seminar, 8:00 – 11:30AM, May 8, 2003, Riviera Hotel, Palm Springs, CA

- "Pediatric Forensic Pathology," a PlaceWare (Distance Learning) Web Conference, Sponsored by Inter-Agency Council on Child Abuse and Neglect (ICAN), and the National Center on Child Fatality Review (NCFR), Aired from the Riverside County Sheriff-Coroner, Perris, CA, at 11:00AM PDT, June 17, 2003

- "Amniotic Fluid Embolism," presented to the Kaiser Permanente Riverside, OB/GYN Department Educational Meeting, 1:00 – 2:00PM, on Thursday, August 14, 2003 @ Kaiser Riverside, CA

- "Death Investigation of Skydiving Fatalities," abstract presentation at the 2003 Annual Meeting of the National Association of Medical Examiners, 2:25PM on Saturday, September 20, 2003 @ Fairmont San Jose Hotel, San Jose, CA

- "Sudden Infant Death Syndrome/Pediatric Forensic Pathology," presented to the Riverside County Sexual Abuse Child Abuse (SACA) Unit, at the Ben Clark Training Center, Riverside, CA, 4:00PM to 5:00PM, October 9, 2003

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM – 9:00AM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM – 10:00AM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM – 11:00AM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM – 12:00PM, Friday, October 31, 2003 @ Katella Training Facility, Orange, California

- "Fetal and Infant Deaths – A Forensic Pathologist's Approach," Regional Child Fatality Review Training, Sponsored by Inter-Agency Council on Child Abuse and Neglect (ICAN), and the National Center on Child Fatality Review (NCFR), at Loma Linda University Hospital (Coleman Pavilion), 1:00PM – 1:50PM, February 26, 2004

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, 8:00AM – 9:00AM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California
- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, 9:00AM – 10:00AM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California
- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, 10:00AM – 11:00AM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California
- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, 11:00AM – 12:00PM, Friday, March 26, 2004 @ Katella Training Facility, Orange, California
- "Pediatric Forensic Pathology & Child Abuse," Child Abuse/Sexual Assault Course, 10:00AM – 12:00PM, Thursday, May 6, 2004 @ Ben Clark Public Safety Training Center, Riverside, California
- "A Primer in Forensic Pathology: Sports Related Fatalities," Practical Applications in Sports Medicine Seminar, 09:45 – 10:20 AM, Sunday, June 6, 2004 @ Wyndham Palm Springs, Palm Springs, California
- "Forensic Medicine," 3rd Annual Southern California EMS Conference, 1PM – 2:30PM, Thursday, June 10, 2004 @ Doral Desert Princess Resort, Cathedral City, California
- "Shaken Baby Syndrome," Training Program for Members of Law Enforcement, Attorneys, Social Services and First Responders, 9:00 – 9:30AM, Monday, June 21, 2004 @ City Council Chambers, Palm Desert, California
- "Forensic Pathology Update: Autopsies in the 21st Century," Hospital Grand Rounds, 12:00 – 1 PM, July 14, 2004 @ Riverside County Regional Medical Center, Moreno Valley, California
- "Methamphetamine and its Role in Violent Deaths," Poster Presentation, 2004 National Association of Medical Examiners Annual Meeting, Monday, September 13, 2004 @ Loews Vanderbilt Hotel, Nashville, Tennessee
- "Forensic Pathology: Death Certification, Child Abuse and Neglect and Law Enforcement Related Fatalities," Riverside County Law Enforcement Administrators' Association Conference, Thursday, September 30, 2004 @ Bahia Resort Hotel, San Diego, California
- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange County Sheriff-Coroner, Santa Ana, California
- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange County Sheriff-Coroner, Santa Ana, California
- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange

County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 8, 2004 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Pediatric Forensic Pathology," Presentation and Discussion Group at the First Annual California State and National Symposium, Future of Child Death and Severe Injury Review: Prevention and Accountability, Sponsored by the Inter-Agency Council on Child Abuse and Neglect (ICAN), and the National Center on Child Fatality Review (NCFR), Thursday, October 21, 2004 @ Sheraton Universal, Universal City, California

- "Child Death/Domestic Violence Fatality Review," Workshop Discussions at NEXUS IX Training Conference: Violence and its Effects on Children, ICAN Associates (Principal Sponsor), Friday, October 22, 2004 @ Sheraton Universal, Universal City, California

- "Pediatric Forensic Pathology/Child Abuse and Neglect," Child Abuse/Sexual Assault Investigations Course (POST #2200-32320), @ Clark Training Center, Riverside County Sheriff's Department, November 4, 2004

- "Principles of Forensic Pathology," Biomedical Forensics Course, at Boston University School of Medicine, Boston, Massachusetts, March 14, 2005

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Thursday, March 17, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Pediatric Forensic Pathology: Concepts and Controversies," Infant Mortality Workshop, 4th Annual Riverside County Injury Prevention Summit 2005, Sponsored by the Riverside County Public Health Department, March 31, 2005 @ Wyndham Palm Springs, Palm Springs, California

- "Careers in Forensic Science/Crime Analysis," Seminar at the University of California, Riverside, Speaker and Panelist, April 27, 2005, Riverside, California

- "Death Investigation of Skydiving Fatalities," Pathology Grand Rounds, June 29, 2005 @ Loma Linda University Medical Center, Loma Linda, California

- Panelist, "Profession Specific Child Abuse and Neglect Definitions," 19th Annual California Conference on Childhood Injury Control, Building Professional Skills and Program Capacity, Sponsored by the California Department of Health Services, Maternal, Child, and Adolescent Health Branch, October 5, 2005 @ San Diego Marriott Mission Valley, San Diego, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 7, 2005 @ Orange County Sheriff-Coroner, Santa Ana, California

- Mock Trial Presentation, in Conjunction With Riverside County District Attorney's Office, at Western State University College of Law, Fullerton, California, October 12, 2005 (Organized by Attorney/Adjunct Professor Robert Corrado)

- Panelist, "The Child Death Review Team Experience and Connection to Domestic Violence Death Review," Domestic Violence Death Review Regional Training, Sponsored by the California Department of Justice, Office of the Attorney General, at San Bernardino Sheriff's Department, January 12, 2006

- "Child Abuse and Child Abuse Prosecution," San Diego International Conference on Child and Family Maltreatment Conference, Sponsored by Chadwick Center and Children's Hospital San Diego, January 25, 2006, at Town & Country Hotel and Convention Center

- "Role of the Medical Examiner/Coroner in Organ Procurement, Donation and Transplantation," Organ Transplantation Breakthrough Collaborative, Learning Session 2, Sponsored by the United States Department of Health and Human Services, at the Westin Bonaventure Hotel, Los Angeles, California, February 23, 2006

- "What They Did For Love," Death Investigation of Toni Dykstra, CBS 48 Hours Mystery Interview, Aired February 25, 2006

- "Forensic Pathology/Drug Related Fatalities," 52nd Annual State Convention, California Medical Assistants Association (CMAA), March 3, 2006, at Marriott Ontario Airport Hotel

- Panelist, "Nevada Expert Panel for Child Death Review," Coordinated by the Michigan Public Health Institute's National Center for Child Death Review, for the State of Nevada, Department of Health & Human Services, Division of Child and Family Services, March 6 – 10, 2006, at Luxor Las Vegas, Las Vegas, Nevada

- Recipient, OneLegacy Life Bridge Award, 2006 OneLegacy Donor Remembrance Ceremony, "Fields of Gold," Loma Linda University/Loma Linda University Medical Center, at Loma Linda, California, March 12, 2006

- "Child Abuse and Neglect," Inter-Agency Council on Child Abuse and Neglect (ICAN)/California Department of Social Services (CDSS), Regional Child Death Review Training, at Ventura County Department of Behavioral Health Services, Oxnard, California, March 16, 2006

- "A Potpourri of Forensic Pathology: The Medical Transcriptionist and Pathologist," 2006 Annual Meeting of the California Association for Medical Transcription, March 24, 2006, at Doubletree Hotel Ontario Airport, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 31, 2006 @ Orange County Sheriff-Coroner, Santa Ana, California

- "Preparing and Presenting the Forensic Pathologist," Forensic Evidence Seminar, California District Attorneys Association, April 11, 2006, at Portofino Hotel & Yacht Club, Redondo Beach, California

- "Elder Abuse and Neglect: Medicolegal Death Investigation," Riverside County C.A.R.E. Team, April 26, 2006, at Senior Service Center, Hemet, California

- "Pediatric Forensic Pathology and Child Abuse and Neglect Prosecution," Inter-Agency Council on Child Abuse and Neglect (ICAN)/California Department of Social Services (CDSS), Regional Child Death Review Training, at California Coroner's Academy, Orange County Sheriff-Coroner, Santa Ana, California, May 2, 2006

- "The Dead Do Tell Tales: Forensic Death Investigation in the 21st Century," 5th Annual Southern California Emergency Medical Services Conference, at Palm Springs Riviera Resort, Palm Springs, California, May 10, 2006

- "Child Abuse and Neglect," Inter-Agency Council on Child Abuse and Neglect (ICAN)/California Department of Social Services (CDSS), Regional Child Death Review Training, at Eureka, California, June 2, 2006

- "Forensic Death Investigation: Challenges and Controversies (Pediatric Case Studies)," 2006 California State Coroner's

Association Advanced Training Symposium, at Radisson Hotel and Conference Center, Fresno, California, September 21, 2006

- "Child Abuse and Child Homicide Prosecution: Law and Medicine Working Together," Child Protection: Our Responsibility (Conference), at the Clarion Hotel, Cedar Rapids, Iowa, Sponsored by St. Luke's Child Protection Center and Cedar Rapids Medical Education Foundation, September 28, 2006

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, October 6, 2006 @ California Coroner Training Center, Santa Ana, California

- Panelist, "Nevada Expert Panel for Child Death Review," Coordinated by the Michigan Public Health Institute's National Center for Child Death Review, for the State of Nevada, Department of Health & Human Services, Division of Child and Family Services, October 23 – 27, 2006, at Reno and Lake Tahoe, Nevada

- "Child Abuse and Neglect," Seminar, Child Death and Severe Non-fatal Injury Review in Contra Costa County, Presented by Inter-Agency Council on Child Abuse and Neglect (ICAN) and National Center on Child Fatality Review (NCFR), In Cooperation with the Child Abuse Prevention Council of Contra Costa, Sponsored by the California Department of Social Services, February 5, 2007, at Pleasant Hill Parks and Recreation Community Center, Pleasant Hill, California

- Panelist, "Careers in Forensic Science & Criminal Analysis Seminar," Sponsored by the Career Center, University of California, Riverside, February 15, 2007, at University of California, Riverside, California

- "Death Investigation of Law Enforcement Related Fatalities," Grand Rounds Conference, Department of Pathology and Human Anatomy, Loma Linda University School of Medicine, March 28, 2007, at Loma Linda, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, March 30, 2007 @ California Coroner Training Center, Santa Ana, California

- "Fatal Wounds," National Homicide Symposium XVI, California District Attorneys Association, April 17, 2007, at Westin Long Beach, Long Beach, California (2 hour presentation)

- "Child Abuse and Neglect," Child Death Review in the Northeast Region Seminar, Presented by Inter-Agency Council on Child Abuse and Neglect (ICAN) and National Center on Child Fatality Review (NCFR), In Cooperation with the Shasta County Child Abuse Prevention Council, Sponsored by the California Department of Social Services, May 4, 2007, at Shasta County Office of Education, Redding, California

- "Sexual Assault/Child Abuse," SACA Training, Presented by the Riverside County District Attorney's Office, July 20, 2007, at the Riverside City Counsel Chambers, Riverside, California

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, August 24, 2007

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, September 21, 2007 @ California Coroner Training Center, Santa Ana, California

- "Sexual Assault/Child Abuse," East County SACA Training, Presented by the Riverside County District Attorney's Office, October 26, 2007 @ Riverside County Administrative Center, Indio, California

- "Child Abuse," 10th Annual EMSC Conference, Sponsored by the State of California Emergency Medical Services Authority, November 8, 2007, @ Crowne Plaza Hotel, Garden Grove, California

- "Death Investigation of Law Enforcement Related Fatalities," Corona Police Department and Riverside County Sheriff-Coroner (Coroner Bureau), November 20, 2007 @ Coroner Bureau, Perris, California

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, November 30, 2007

- "Traumatic Injuries," Death Investigation for First Responders, Riverside County Sheriff-Coroner, Coroner Bureau, Perris, California, April 9, 2008

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 25, 2008 @ California Coroner Training Center, Santa Ana, California

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, November 6, 2009 @ California Coroner Training Center, Santa Ana, California

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, November 6, 2009

- "Pediatric Forensic Pathology/Child Abuse/Sexual Assault," on Behalf of the Riverside County Sheriff-Coroner, at Ben Clark Public Safety Training Center, Riverside, California, March 1, 2010

- "Traumatic Injuries," Death Investigation for First Responders, Riverside County Sheriff-Coroner, Coroner Bureau, Perris, California, April 21, 2010

- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California Coroner Training Center, Santa Ana, California

- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California

Coronor Training Center, Santa Ana, California

- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California Coroner Training Center, Santa Ana, California
- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Friday, April 23, 2010 @ California Coroner Training Center, Santa Ana, California
- "Traumatic Injuries," LLM Class/Prosecutorial Science, Thursday, July 29, 2010 @ Chapman Law School, Orange, California
- "Pediatric Forensic Pathology," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California
- "Child Abuse & Neglect," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California
- "Firearm & Electrical Injuries," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California
- "Postmortem Identification," Orange County Sheriff-Coroner Basic Death Investigation Class, Wednesday, November 17, 2010 @ California Coroner Training Center, Santa Ana, California

***Professional memberships***

- Diplomate, The American Board of Pathology, Anatomic and Clinical Pathology, and Forensic Pathology
- American Academy of Forensic Sciences (current)
- National Association of Medical Examiners (current)
- California State Coroners' Association (current)
- College of American Pathologists
- American Society of Clinical Pathologists
- American Medical Association
- California Medical Association

***Interests and activities***

Tennis, Basketball, Racquetball, Snow Skiing, Water Skiing, Running, Skeet Shooting, Fishing, Chess, Photography, Astronomy, Computers, Music, Scuba Diving

***Licensure***

Licensed to practice medicine in Arizona, California and New York (all current)

***REFERENCES AVAILABLE UPON REQUEST***