UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH JAMES GREER,

        Plaintiff,

   v.

BAY AREA RAPID TRANSIT, et al.,

        Defendants.

Case No. 3:15-cv-02307-WHO

**ORDER OF CONDITIONAL
DISMISSAL UPON SETTLEMENT**

Re: Dkt. No. 95

Having been advised that the parties have agreed to settle, subject to contingency of approval by BART's governing authority, IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and the scheduled trial is VACATED. If approval is not obtained within 90 days, plaintiff shall promptly notify the Court and this order shall be vacated and this cause will be restored to the calendar for further proceedings.

    **IT IS SO ORDERED.**

Dated: April 5, 2017

William H. Orrick
United States District Judge