| | |
|---|---|
| 1 | MATTHEW D. HALEY (Bar No. 104493) |
| | THE HALEY LAW OFFICES |
| 2 | 1633 San Pablo Avenue |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 444-1881 |
| 4 | Facsimile: (510) 444-5108 |
| | Email: matt@haleylaw.com |
| 5 | |
| 6 | STANLEY C. GOFF (SBN 289564) |
| | LAW OFFICES OF STANLEY GOFF |
| 7 | 15 Boardman Place Suite 2 |
| | San Francisco, CA 94103 |
| 8 | Telephone: (415) 571-9471 |
| | Email: goffs@mail2world.com |
| 9 | |
| 10 | FULVIO F. CAJINA (Bar No. 289126) |
| | LAW OFFICE OF FULVIO F. CAJINA |
| 11 | 311 Oak Street, Suite 108 |
| | Oakland, CA 94607 |
| 12 | Telephone: (415) 601-0779 |
| | Facsimile: (510) 225-2636 |
| 13 | Email: fulvio@cajinalaw.com |

Attorneys for Plaintiff JOSEPH JAMES GREER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES GREER, | ) CASE NO. 3:15-cv-02307-WHO |
| Plaintiff, | ) JOINT STIPULATION FOR THE |
| | ) VOLUNTARY DISMISSAL OF |
| v. | ) DEFENDANTS BAY AREA RAPID |
| | ) TRANSIT DISTRICT AND JON |
| CITY OF HAYWARD, et al., | ) TOUGAS WITH PREJUDICE |
| | ) PURSUANT TO RULE 41(A)(1)(A)(II). |
| Defendants. | ) |

IT IS HEREBY STIPULATED by and between Plaintiff JOSEPH JAMES GREER ("Plaintiff") and Defendants BAY AREA RAPID TRANSIT DISTRICT and JON TOUGAS

JOINT STIPULATION FOR DISMISSAL

1

("Defendants"), by and through their respective counsel of record, that Defendants BAY AREA RAPID TRANSIT DISTRICT and JON TOUGAS shall be dismissed with prejudice from this action pursuant to FRCP Rule 41(a)(1)(A)(ii). The parties shall bear their own respective attorneys' fees and costs.

Dated: July 28, 2017   **LAW OFFICE OF FULVIO F. CAJINA**

By:   /s/ Fulvio F. Cajina
      Fulvio F. Cajina, Esq.
      Attorneys for Plaintiff

Dated: August 29, 2017   **ALLEN, GLAESSNER, HAZELWOOD & WERTH**

By:   /s/ Dale L. Allen, Jr.
      Dale L. Allen, Jr.
      Attorneys for Defendants

THE HALEY LAW OFFICES
A Professional Corporation
1633 SAN PABLO AVENUE
OAKLAND, CA 94512-1505
VOICE (510) 444-1881
FAX (510) 444-5108
EMAIL: matt@haleylaw.com

JOINT STIPULATION FOR DISMISSAL

2