United States District Court
Northern District of California

# Document Locator

Case Number: 15-2307 WHO

Date Filed: 12/14/16

Document Type:

    Reporter's Transcript: _____

    Trial Exhibits: _____

    Lodged Documents: X

    Sealed Documents: _____

    Other: Compact Disc Exh 3

Location:

    Expando File: X
    (located next to file)

    Overflow Shelf: _____

    Vault: _____

    Other: _____

**Document Number:** 98

# EXHIBIT 3

MATTHEW D. HALEY (Bar No. 104493)
THE HALEY LAW OFFICES
1633 San Pablo Avenue
Oakland, CA 94612
Telephone: (510) 444-1881
Facsimile: (510) 444-5108
Email: matt@haleylaw.com

FULVIO F. CAJINA (Bar No. 289126)
THE LAW OFFICE OF FULVIO F. CAJINA
311 Oak Street
Suite 108
Oakland, CA 94607
Telephone: (415) 601-0779
Facsimile: (510) 225-2636
Email: fulvio@cajinalaw.com

Stanley Goff (Bar No. 289564)
Law Offices of Stanley Goff
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorneys for Plaintiff JOSEPH JAMES GREER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH JAMES GREER,<br><br>             Plaintiff,<br><br>vs.<br><br>CITY OF HAYWARD, BAY AREA RAPID TRANSIT AND DOES 1 -50.<br><br><br>             Defendants. | Case No. 15-cv-02307-WHO<br><br><br><br>**MANUAL FILING NOTIFICATION**<br><br>EXHIBIT 3: AUDIO/VIDEO FILES OF JAMES GREER'S ARREST |

**MANUAL FILING NOTIFICATION**

PLAINTIFF'S MANUAL FILING NOTIFICATION

Regarding: <u>EXHIBIT 3 to the DECLARATION OF FULVIO F. CAJINA</u>.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

Dated: December 13, 2016

                                             /S/ Fulvio F. Cajina
                                             Fulvio F. Cajina, Esq.
                                             Attorney for Plaintiff Joseph James Greer

| | |
|---|---|
| 1 | CASE NAME: Greer v. City of Hayward, et al.    CASE: 3:15-cv-02307-WHO |

**PROOF OF SERVICE**

I, the undersigned, declare that I am over 18 years of age and not a party to the within action; my business address is 311 Oak Street, Suite 108, Oakland, CA 94607. On the below date, I served a copy of the following documents:

1. Exhibit 3 – CD of Audio and Video files re arrest of James Greer

By overnight mail on the following parties on December 14, 2016:

OWEN T. ROONEY                              Counsel for Defendant BART
Gilbert, Kelly, Crowley & Jennett LLP
44 Montgomery St.
Suite 2080
San Francisco, CA 94104

JEFFREY M. VUCINICH                      Counsel for Defendant City of Hayward
Clapp Moroney Vucinich Beemen Scheley
1111 Bayhill Drive
Suite 300
San Bruno, CA 94066

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on December 14, 2016, at Oakland, California.

_____
Fulvio F. Cajina

-1-